IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
AT OMAHA, NEBRASKA

| | | |
|---|---|---|
| RYAN J. EDWARDS, | ) | CASE NO. 8:19-cv-76 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER ON** |
| vs. | ) | **FINAL PRETRIAL** |
| | ) | **CONFERENCE** |
| UNION PACIFIC RAILROAD | ) | |
| COMPANY, a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

A final pretrial conference was held on the 22 day of October, 2020.  Appearing for the parties as counsel, by internet/telephonic conferencing, were:

James L. Cox, Jr.
Anastasia Wagner

**(A)     Exhibits.**  See attached Exhibit Lists.

Caution:  Upon express approval of the judge holding the pretrial conference for good cause shown, the parties may be authorized to defer listing of exhibits or objections until a later date to be specified by the judge holding the pretrial conference.  The mere listing of an exhibit on an exhibit list by a party does not mean it can be offered into evidence by the adverse party without all necessary evidentiary prerequisites being met.

**(B)     Uncontroverted Facts.**   The parties have agreed that the following may be accepted as established facts for purposes of this case only:

1.     At all times pertinent, Defendant, Union Pacific Railroad Company, a Delaware corporation, was and is now a duly-organized and existing corporation doing business in the State of Nebraska, with its principal place of business in Omaha, Nebraska.

2.     At all times pertinent, Defendant, Union Pacific Railroad Company, was and is now engaged in the business of a common carrier by railroad in interstate commerce in Nebraska.

1

3.      That Plaintiff, Ryan Edwards, is employed by Defendant, Union Pacific and was so employed on May 22, 2016.

4.      The injuries sustained by Plaintiff that are the subject of this lawsuit occurred in the course of Plaintiff's employment with Defendant and in furtherance of interstate commerce.

5.      This Court has jurisdiction based upon the Federal Employers' Liability Act, 45 U.S.C. § 51.

6.      Plaintiff's claim is filed timely pursuant to 45 U.S.C. § 56.

**(C)      Controverted and Unresolved Issues.**  The issues remaining to be determined and unresolved matters for the court's attention are:

<u>**Plaintiff**</u>

Plaintiff submits the following controverted and unresolved issues:

Whether or not the defendant breached its statutory nondelegable duty to provide Plaintiff a reasonably safe place to work, reasonably safe tools and equipment, and reasonably safe methods and procedures for the performance of its work as required by the Federal Employers' Liability Act, 45 U.S.C. § 51.

In particular, Plaintiff alleges that Defendant negligently breached its duties in that it:

(a)   failed to investigate, implement and institute reasonably safe methods and procedures for the inspection, repair, replacement and preventative maintenance of the hydraulic system on the OTM Tracker machine assigned to Plaintiff;

(b)   failed to provide its employees with safe tools and equipment with which to work, including failing to respond to reports and complaints of Plaintiff and other operators of the OTM track machine relating to the slipperiness of the deck on which the operator had to walk in order to inspect the condition of the boom and hydraulic hoses attached to the boom of the crane on the OTM track machine;

2

(c) the duty to comply with FRA regulations, including, but not limited to: 49 C.F.R. § 214.519[1], and Occupational Safety and Health Standards Subpart 1910.22(a) and 1910.22(d)(1) and (2)[2].

Plaintiff submits that it is undisputed that as a result of the fall from the machine, Plaintiff suffered significant injuries to his ankle that will require an ankle fusion surgery within the next three to five years.

Plaintiff makes claim for past wage loss; impairment of earning capacity; past and future mental suffering and physical pain; future medical bills; past and future impairment of ability to enjoy life.

After Plaintiff's injury, the deck walkway along the boom upon which Plaintiff was walking at the time he was caused to slip and fall from the deck and about which numerous complaints had been made to Plaintiff's supervisors and Total Safety Culture representatives before Plaintiff's injury, was replaced by the Union Pacific Railroad. At issue herein is whether or not this evidence may be admitted for a purpose such as impeachment or the feasibility of precautionary measures (FRE 407).

Plaintiff submits that in this case neither the defense of contributory negligence nor assumption of risk is available to Defendant pursuant to Plaintiff's Motion in Limine, and 45 U.S.C. § 55.

**<u>Defendant</u>**

1.  Defendant denies it was negligent in the manners alleged by Plaintiff.

---

[1] 49 C.F.R. § 214.519: "Floors, decks, stairs, and ladders of on-track roadway maintenance machines shall be of appropriate design and maintained to provide secure access and footing, and shall be free of oil, grease, or any obstruction which creates a slipping, falling, or fire hazard."

[2] 1910.22(a): *Surface conditions.* The employer must ensure:
  1910.22(d): *Inspection, maintenance, and repair.* The employer must ensure:
  (1) Walking-working surfaces are inspected, regularly and as necessary, and maintained in a safe condition;
  (2) Hazardous conditions on walking-working surfaces are corrected or repaired before an employee uses the walking-working surface again. If the correction or repair cannot be made immediately, the hazard must be guarded to prevent employees from using the walking-working surface until the hazard is corrected or repaired.

2. Defendant asserts that Plaintiff's negligence in knowingly walking on an oil-covered surface, at rail car height, without appropriate fall protection, risk analysis, or job brief was a cause, in whole or in part, of his alleged injuries.

   Defendant denies that contributory negligence is prohibited, as Plaintiff has not pled a requisite violation, nor do facts support one. Alleging a different tool/method may have been available does not constitute a statutory or regulatory violation.

   Even assuming, *arguendo*, the Court would find contributory negligence unavailable to Defendant, a sole cause argument remains available.

3. Although Defendant does not dispute that Plaintiff's ankle injury resulted from his fall, whether or not the injury was caused by Defendant's negligence remains controverted.

4. Defendant states that alleged future wage loss/loss of earning capacity is speculative, at best. Past medical bills are not recoverable in this action because (1) Union Pacific has paid portions of such bills, and (2) Plaintiff's union agreement prohibits such recovery when paid through Union Pacific health insurance. Evidence of future medical bills is inadmissible. Plaintiff has not identified an expert witness to testify to the amount of such expenses and whether such expenses are fair and reasonable.


**(D)    Witnesses.**  All witnesses, including rebuttal witnesses, expected to be called to testify by plaintiff, except those who may be called for impeachment purposes as defined in NECivR 16.2(c) only, are:

All witnesses expected to be called to testify by the parties, except those who may be called for impeachment purposes as defined in NECivR 16.2(c) only, are:

**Plaintiff:**

**WILL CALL:**

1. Plaintiff, Ryan Edwards
   Eagle Grove, IA
2. John Charbonneau, M.D.
   Greeley, CO

4

3.      Edward Fehringer, M.D.
        Omaha, NE

**MAY CALL:**

4.      Travis Hite
        Gothenburg, NE
5.      Michael Vavra
        (by videotape deposition)
        Omaha, NE
6.      Ms. Jamie Lukehart
        St. Paul, MN

**Defendant:**

**WILL CALL:**

1.      Ryan Edwards
        Eagle Grove, IA
2.      Michael Vavra
        Omaha, NE
3.      Edward Fehringer, M.D.
        Omaha, NE
4.      John Charbonneau, M.D.
        Greeley, CO

**MAY CALL:**

5.      Joel Russell
        Codell, KS
6.      Foundational witnesses, as needed

It is understood that, except upon a showing of good cause, no witness whose name and address does not appear herein shall be permitted to testify over objection for any purpose except impeachment.  A witness whose only testimony is intended to establish foundation for an exhibit for which foundation has not been waived shall not be permitted to testify for any other purpose, over objection, unless such witness has been disclosed pursuant to Federal Rule of Civil Procedure 26(a)(3).  A witness appearing on any party's witness list may be called by any other party.

5

**(E)     Expert Witnesses' Qualifications.**

Experts to be called by the parties and their qualifications are:

**Plaintiff:**     John D. Charbonneau, M.D. See attached curriculum vitae.
                   Edward V. Fehringer, M.D.  See attached curriculum vitae.

**Defendant:**    Edward Fehringer, M.D. See attached CV.

**(F)     Voir Dire.**  Not applicable.  The parties have stipulated to a bench trial.

**(G)     Number of Jurors.**  Not applicable.  The parties have stipulated to a bench trial.

**(H)     Verdict.**  Not applicable.  The parties have stipulated to a bench trial.

**(I)     Briefs, Instructions, and Proposed Findings.**  Counsel have reviewed NECivR 39.2(a), 51.1(a), and 52.1, and suggest the following schedule for filing trial briefs, proposed jury instructions, and proposed findings of fact, as applicable:

Trial briefs shall be filed five (5) working days before the first day of trial.

**(J)     Length of Trial.**  Counsel estimate the length of trial will consume not less than 2 day(s), not more than 3 day(s).

**(K)     Trial Date.**  The **bench trial** is set to begin on December 7, 2020.

**(L)     Electronic Devices:**

James Cox, Jr,. attorney for plaintiff, Coon & Associates, 3801 East Florida Ave, Suite 905, Denver, Colorado, shall be allowed to bring a cell phone and laptop into the courtroom from December 7 through December 9.

Donna Baker, assistant to James Cox, Jr., attorney at Coon & Associates, 3801 East Florida Ave, Suite 905, Denver, Colorado, shall be allowed to bring a cell phone and laptop into the courtroom from December 7 through December 9.

6

Ryan Edwards, plaintiff, shall be allowed to bring a cell phone into the courtroom from December 7 through December 9.

Anastasia Wagner, attorney for defendant, Union Pacific Law Department, 1400 Dodge St, Omaha, Nebraska, shall be allowed to bring a cell phone and laptop into the courtroom from December 7 through December 9.

Tanya Fainter, paralegal for Anastasia Wagner, attorney for Union Pacific, 1400 Dodge St, Omaha, Nebraska, shall be allowed to bring a cell phone and laptop into the courtroom from December 7 through December 9.

Jamie Lukehart, risk management representative for Union Pacific, shall be allowed to bring a cell phone and laptop into the courtroom from December 7 through December 9.

Joel Russell, Union Pacific Manager, shall be allowed to bring a cell phone into the courtroom from December 7 through December 9.


RYAN EDWARDS, Plaintiff

BY:     _/s/James L. Cox, Jr._ (by AW with permission)
        James L. Cox, Jr., #20223
        Brent Coon & Associates, PC
        3801 E. Florida Ave., Suite 905
        Denver, CO 80210
        (303) 756-3243
        Jim.cox@bcoonlaw.com
        ATTORNEY FOR RYAN EDWARDS


UNION PACIFIC RAILROAD COMPANY, Defendant

BY:     _/s/Anastasia Wagner_
        Anastasia Wagner, #22983
        Union Pacific Railroad
        1400 Douglas Street, STOP 1580
        Omaha, Nebraska 68179-1580
        (402) 544-2028
        awagner@up.com
        ATTORNEY FOR UNION PACIFIC

7

BY THE COURT:

Susan M. Bazis, United States Magistrate Judge

8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
AT OMAHA, NEBRASKA

| | |
|---|---|
| RYAN J. EDWARDS, | Case No.:  8:19-cv-00076-JMG-SMB |
| Plaintiff, | **PLAINTIFF'S EXHIBIT LIST** |
| vs. | |
| UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, | |
| Defendant. | |

| EXHIBIT NO. PL | DF | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|
| 1 | | Photo depicting "location" | | FR | | | |
| 2 | | Photo depicting "route" | | FR | | | |
| 3 | | Photo depicting "fitting" | | FR | | | |
| 4 | | Photo showing tread | | FR | | | |
| 5 | | Notice to Take Deposition of Defendant, Union Pacific Railroad Company, Pursuant to F.R.C.P. 30(b)(6) | | R | | | |
| 6 | | Maintenance History Work Orders (UP-R. Edwards 000036) | | | | | |
| 7 | | Maintenance History Notifications (UP-R. Edwards 000037) | | | | | |
| 8 | | Maintenance Requests (UP-R. Edwards 000436-000441) | | | | | |
| 9 | | Work orders (UP-R. Edwards 000442) | | | | | |
| 10 | | Curriculum vitae of John D. Charbonneau, M.D. | | | | | |
| 11 | | Advanced Foot and Ankle Operative Report, 07/29/17 | | | | | |
| 12 | | Report of right ankle MRI, 07/20/17 | | | | | |
| 13 | | Summary Note of Andrew Highum, DPM, 02/13/18 | | | | | |
| 14 | | Podiatry Note of Andrew Highum, DPM, 01/29/20 | | | | | |
| 15 | | Mayo Clinic records | | FHR | | | |
| 16 | | Report of Edward V. Fehringer, MD, 01/31/20 | | H | | | |
| 17 | | Article titled: Total ankle arthroplasty versus ankle arthrodesis – a comparison of outcomes over the last decade | | H | | | |

| 18 | | Excerpt of Guides to Evaluation of Permanent Impairment | | FHR | | | |
| 19 | | Curriculum vitae of Edward V. Fehringer, MD | | | | | |
| 20 | | Proposed Fee Schedule 2019 re Edward V. Fehringer, MD | | R | | | |
| 21 | | Article titled: Gait Analysis and Functional Outcomes Following Ankle Arthrodesis for Isolated Ankle Arthritis | | HR | | | |
| 22 | | Article titled: Effects of Ankle Arthrodesis on Biomechanical Performance of the Entire Foot | | HR | | | |
| 23 | | Article titled: Compensatory Motion of the Subtalar Joint Following Tibiotalar Arthrodesis | | HR | | | |
| 24 | | Tibia and Fibula drawing, Plate 500 | | FR | | | |
| 25 | | Bones of Foot drawing, Plate 511 | | FR | | | |
| 26 | | Bones of Foot drawing, Plate 512 | | FR | | | |
| 27 | | AMA Guides to the Evaluation of Permanent Impairment, 6th Ed., The Lower Extremities (pp. 494-496, 505-507) | | FHR | | | |
| 28 | | Records from Advanced Foot & Ankle Clinic | | FHR | | | |
| 29 | | Records from Mayo Clinic | | FHR | | | |
| 30 | | Manager's Accident/Incident Report (UP-R. Edwards 000004) | | | | | |
| 31 | | Union Pacific Railroad – Claims Operations Digital Photo Sheet (UP-R. Edwards 000010-000011) | | | | | |
| 32 | | Photo: involved equipment on travel trailer, all corners (UP-R. Edwards 000012) | | | | | |
| 33 | | Photo: involved equipment walkways and platforms (UP-R. Edwards 000013) | | | | | |
| 34 | | Photo: involved equipment walkways and platforms (UP-R. Edwards 000014) | | | | | |
| 35 | | Photo: involved equipment walkways and platforms (UP-R. Edwards 000015) | | | | | |
| 36 | | Photo: involved equipment walkways and platforms (UP-R. Edwards 000016) | | | | | |
| 37 | | Photo: involved equipment walkways and platforms (UP-R. Edwards 000017) | | | | | |
| 38 | | Photo: involved equipment walkways and platforms (UP-R. Edwards 000018) | | | | | |

| 39 | | Photo: involved equipment walkways and platforms (UP-R. Edwards 000019) | | | | | |
| 40 | | Photo: involved equipment on travel trailer, all corners (UP-R. Edwards 000020) | | | | | |
| 41 | | Photo: involved equipment walkways and platforms (UP-R. Edwards 000021) | | | | | |
| 42 | | Photo: involved equipment walkways and platforms (UP-R. Edwards 000022) | | | | | |
| 43 | | Photo: involved equipment walkways and platforms (UP-R. Edwards 000023) | | | | | |
| 44 | | Photo: involved equipment walkways and platforms (UP-R. Edwards 000024) | | | | | |
| 45 | | Photo: involved equipment walkways and platforms (UP-R. Edwards 000025) | | | | | |
| 46 | | Photo: involved equipment walkways and platforms (UP-R. Edwards 000026) | | | | | |
| 47 | | Photo: involved equipment walkways and platforms (UP-R. Edwards 000027) | | | | | |
| 48 | | Photo: involved equipment walkways and platforms (UP-R. Edwards 000028) | | | | | |
| 49 | | Photo: involved equipment walkways and platforms (UP-R. Edwards 000029) | | | | | |
| 50 | | Photo: involved equipment on travel trailer, all corners (UP-R. Edwards 000030) | | | | | |
| 51 | | Photo: involved equipment on travel trailer, all corners (UP-R. Edwards 000031) | | | | | |
| 52 | | Photo: involved equipment walkways and platforms (UP-R. Edwards 000032) | | | | | |
| 53 | | Photo: involved equipment walkways and platforms (UP-R. Edwards 000033) | | | | | |
| 54 | | Photo: involved equipment walkways and platforms (UP-R. Edwards 000034) | | | | | |
| 55 | | Maintenance History TMDS7770 – Work Orders (UP-R. Edwards 000036) | O** | | | | |
| 56 | | Maintenance Requests (UP-R. Edwards 000436-000441) | O** | | | | |
| 57 | | Costs of repairs spreadsheet (UP-R. Edwards 000442) | R | | | | |
| 58 | | 49 C.F.R. Part 214 Railroad Workplace Safety, Subpart A - General | R | | | | |
| 59 | | 49 C.F.R. Part 214 Railroad Workplace | R | | | | |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Safety, Subpart C – Roadway Worker Protection | | | | |
| 60 | | 49 C.F.R. Part 214 Railroad Workplace Safety, Subpart D – On-Track Roadway Maintenance Machines and Hi-Rail Vehicles | R | | | |
| 61 | | 49 C.F.R. § 214.519 – Floors, decks, stairs, and ladders on on-track roadway maintenance machines | R | | | |
| 62 | | 49 C.F.R. § 214.531 – Schedule of repairs; general | R | | | |
| 63 | | 49 C.F.R. § 214.7. Definitions. On-track roadway maintenance machine | R | | | |
| 64 | | Union Pacific Safety Rules, Effective 06/01/2017, 70.1: Safety Responsibilities | R | | | |
| 65 | | Union Pacific Safety Rules, Effective 06/01/2017 - 70.2: Comply With Instructions | R | | | |
| 66 | | Union Pacific Safety Rules, Effective 06/01/2017 - 71.7: Footwear | R | | | |
| 67 | | Union Pacific Safety Rules, Effective 06/01/2017 – Glossary: Red Zone | R | | | |
| 68 | | Union Pacific Safety Rules, Effective 06/01/2017 – Glossary: Three Point Contact | R | | | |
| 69 | | OSHA Standard 1910.22(a) | R | | | |
| 70 | | OSHA Standard 1910.22(d)(1) and (2) | R | | | |
| 71 | | Plaintiff's Initial 26(a)(1) Disclosure | O* | | | |
| 72 | | Plaintiff's First Supplemental 26(a)(1) Disclosure | O* | | | |
| 73 | | Defendant's Answers to Interrogatories, Set 1 | O* | | | |
| 74 | | Defendant's Responses to Requests for Production of Documents, Set 1 | O* | | | |
| 75 | | Defendant Union Pacific Railroad Company's Rule 26(1) Initial Disclosures | O* | | | |
| 76 | | Defendant Union Pacific Railroad Company's First Supplemental Rule 26(1) Initial Disclosures | O* | | | |
| 77 | | Defendant Union Pacific Railroad Company's Second Supplemental Rule 26(1) Initial Disclosures | O* | | | |
| 78 | | Transcript of deposition of Ryan Edwards | H | | | |
| 79 | | Transcript of deposition of John | H | | | |

4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Charbonneau, M.D. | | | | | |
| 80 | | Transcript of deposition of Edward Fehringer, M.D. | | H | | | |
| 81 | | Transcript of deposition of Michael Vavra | | H | | | |
| 82 | | Any and all documents identified in Defendant's Rule 26 disclosures. | | O* | | | |
| 83 | | Any and all documents identified through discovery | | O* | | | |

O*:     Defendant reserves all available objections pending further identification of the portion(s) sought to be admitted.

O**:    Duplicate of previously listed exhibit

**OBJECTIONS**
   **R: Relevancy**
   **H: Hearsay**
   **A: Authenticity**
   **O: Other (specify)**

Signed at Denver, Colorado this 13th day of October, 2020.

s/James L. Cox, Jr.
James L. Cox, Jr., Nebraska Bar #20223
Attorney for Plaintiff
BRENT COON & ASSOCIATES, PC
3801 E. Florida Ave., Suite 905
Denver, CO  80210-2500
Telephone: (303) 756-3243
Fax: (303) 756-3595
jim.cox@bcoonlaw.com

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
AT OMAHA, NEBRASKA

| | | |
|---|---|---|
| RYAN J. EDWARDS, | ) | CASE NO. 8:19-cv-76 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S** |
| vs. | ) | **EXHIBIT LIST** |
| | ) | |
| UNION PACIFIC RAILROAD | ) | |
| COMPANY, a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, UNION PACIFIC RAILROAD COMPANY ("UPRR"),

and lists the following exhibits for the trial of this matter **subject to offer.**

| Ex. # | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|
| 101 | Photograph of TMDS7770 (UP-R. Edwards 0012) | | | | | |
| 102 | Photograph of TMDS7770 (UP-R. Edwards 0020) | | | | | |
| 103 | Photograph of TMDS7770 (UP-R. Edwards 0035) | | | | | |
| 104 | Photograph of TMDS7770 (Pl. Photo 1965) | | | | | |
| 105 | Photograph of TMDS7770 (Pl. Photo 1972) | | | | | |
| 106 | Photographs of TMDS7770 (Exhibits 1-4 of Edwards Deposition) | | | | | |
| 107 | HR Report (UP-R. Edwards 0277–0303, exclude p. 0304) | | | | | |
| 108 | CV of Dr. Edward Fehringer | | R | | | |
| 109 | Union Pacific Safety Rule 70.1 | | | | | |
| 110 | Union Pacific Safety Rule 80.2 | | | | | |
| 111 | Medical Records of Advanced Foot & Ankle | | | | | |
| 112 | Medical Records of Mayo Clinic | | | | | |
| 113 | Exemplar fall protection backpack for demonstrative purposes | | R | | | |
| 114 | Exemplar lanyard for fall protection for demonstrative purposes | | R | | | |

| 115 | Exemplar cable for fall protection for demonstrative purposes | | R | | | |
| | Demonstrative exhibits consisting of enlargements of any of the exhibits listed herein. | | | | | |
| | Defendant reserves the right to offer any and all documents necessary for rebuttal or impeachment. | | | | | |
| | Defendant reserves the right to offer additional exhibits listed on Plaintiff's Exhibit Lists not objected to by Defendant. | | | | | |
| | Defendant reserves the right to offer additional exhibits obtained prior to trial including, but not limited to additional records not yet received. | | | | | |

**OBJECTIONS**
    **R: Relevancy**
    **H: Hearsay**
    **A: Authenticity**
    **O: Other (specify)**

UNION PACIFIC RAILROAD COMPANY,
Defendant


BY:  */s/Anastasia Wagner*
     Anastasia Wagner, #22983
     Union Pacific Railroad
     1400 Douglas Street, STOP 1580
     Omaha, Nebraska 68179-1580
     (402) 544-2028
     awagner@up.com
     ATTORNEY FOR UNION PACIFIC

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2020, I served the foregoing document via email to:

James L. Cox, Jr.
Brent Coon & Associates, PC
3801 E. Florida Ave., Suite 905
Denver, CO 80210
jim.cox@bcoonlaw.com

_/s/Anastasia Wagner_

PWL 961257

**CURRICULUM VITA**

**Name:**                John D. Charbonneau, M.D., MPH, FACOEM

**Address:**             The Greeley Medical Clinic
                        1900 16th Street
                        Greeley, CO  80631
                        Phone: 970-350-2471
                        Fax: 970-350-2418

**Date of Birth:**       January 26, 1952

**Board Certification:** American Board of Preventive Medicine in Occupational Medicine, 1986

**Fellowship Status:**   Fellow, American College of Occupational and Environmental Medicine, 1995

**Education:**           Andrean Catholic High School
                        Merrillville, Indiana
                        Salutatorian, 1970

                        Valparaiso University
                        Valparaiso, Indiana
                        Bachelor of Science (BS) Biology & Chemistry, with distinction
                        1974

                        Indiana University School of Medicine
                        Indianapolis, Indiana
                        MD, 1978

                        Surgical Internship
                        University of Colorado Health Sciences Center
                        Denver, Colorado
                        1979

                        Completed course entitled "Communication with the Hispanic Client for
                        Health Professionals,"
                        Purdue University Department of Continuing Education
                        1980

                        Attended workshop on Utah Worker's Compensation Law
                        Salt Lake City, Utah
                        1982

                        Resident in Occupational Medicine at the University of Utah Medical Center
                        Rocky Mountain Center for Occupational & Environmental Health
                        1982 – 1984

                        Master of Public Health (MPH)
                        University of Utah, 1989



## Professional Experience:

**December 2006 to Present**

> *OCCU-CARE, Inc.®.*
> Founder and President
> Full-time private practice occupational medicine
>
> *CHAMPS, Inc.*
> Corporate Health and Medical Programs, Inc.
> Medical Director – since 1994
>
> *Union Pacific Railroad*
> Regional Consulting Physician – since 1989
> Regional Medical Director — since 1999
> Associate Medical Director – since 2004
>
> *Hewlett Packard Co* (since 1991)
> *Agilent Technologies* (since spin-off)
> *State Farm Insurance* (since 1986)
> *Kodak Colorado Division* (since 1997)
> Designated Treating Physician

**July 1994 to December 2006**

> *OCCU-CARE, Inc.®/ The Ramazzini Center®*
> Founder and President
> Full-time private practice occupational medicine
>
> *CHAMPS, Inc.*
> Corporate Health and Medical Programs, Inc.
> Medical Director – since 1994
>
> *Union Pacific Railroad*
> Regional Consulting Physician – since 1989
> Regional Medical Director — since 1999
>
> *Hewlett Packard Company*
> Regional Physician Consultant to three Hewlett Packard facilities – since 1991
>
> *State Farm Insurance*
> Regional Medical Director for Colorado, Wyoming and Utah – since 1994
>
> *Benchmark Worker Rehabilitation Services*
> Medical Director through August, 2000
>
> *Kodak Colorado Division*
> On-site physician consultant – since 1997
>
> *Colorado Division of Worker's Compensation*
> Author of and lecturer for Level II Accreditation course for physicians treating patients with Worker's Compensation injuries and performing impairment ratings – since 1992 .

**July 1990 to July 1994**

*CHAMPS, Inc.*
*Corporate Health and Medical Programs, Inc.*
Vice-President,
Director, Occupational Medicine
Full-time practice of Occupational Health within a multi-disciplinary group practice
Greeley, Colorado

*United States Pollution Control, Inc. (USPCI)*
Consulting Corporate Medical Director, developing policy and procedures for a nationwide hazardous waste disposal company.

*Union Pacific Railroad*
Consultant to local service unit since 1990.  Regional consulting physician to UPRR for Colorado, Wyoming and western Kansas and Nebraska.

Provide Occupational Medicine Consultation Services to *Monfort of Colorado* (Red Meat Division of Con Agra), *Teledyne Waterpik, Anheuser Busch, Hewlett Packard Company, State Farm Insurance, Colorado Compensation Insurance Authority* and many other companies.

*BENCHMARK Worker Rehabilitation Services*
Medical Director
State of the art work conditioning program.

Full-time practice of Occupational Medicine including direct injury/illness patient care, case management, medical surveillance examinations, independent medical examinations and impairment ratings and corporate level consultation services (as above).

**July 1986 to July 1990**

*WorkCare Clinic*
Salt Lake City, Utah
Established a full-service ambulatory care Occupational Medicine practice with one practice partner. Provided screening exams, injury and illness care, rehabilitation services, case management and Occupational Health Consultation services to hundreds of companies in Salt Lake City and suburbs.

*Workers' Compensation Fund of Utah*
Salt Lake City, Utah
Physician consultant for Case Management and lectures to adjusters and management.

*Milne Truck Lines, Inc.*
Pleasanton, CA (until 1987).  Consultant Corporate Medical Director for a large interstate trucking company.  Established and maintained corporate policies and procedures.  Medical liaison between company and various health care providers in nine western states.

Independent medical exams/impairment ratings.  Performed IMEs and Impairment Ratings for employers, insurance companies and attorneys.

Occupational Medicine Consultant Services

**December 1983 to July 1986**

*Intermountain Regional Medical Director, WorkMed Occupational Health Clinics*
3238 West 2100 South
Salt Lake City, Utah
(An affiliate of Intermountain Health Care, Inc.)

*Intermountain Regional Medical Director*
Develop policy and procedures for facilities throughout Utah including: Salt Lake City WorkMed Occupational Health Clinic, Intermountain Power Project First Aid Facility, Defense Depot, Ogden– U.S. Army Health Clinic, Decker Lake Youth Detention Center.

*Salt Lake City WorkMed Occupational Health Clinic*
Ensure that appropriate medical care is rendered to all clinic patients with occupational injuries and illness.  Direct the activities of physicians, physician assistants, medical technicians, physical therapists and x-ray technicians employed at the clinic.  Responsible for establishing appropriate protocols for each client company based on the hazards and potential exposures at the work site and the needs of the company, and to ensure that protocols were followed.

*Intermountain Power Project - First Aid Facility*
(Major, remote construction site)
Establish and maintain policies and procedures for the facility.  Supervision of the activities of the facility physician assistant – manager and staff.  Weekly visits to site to see patients and review all charts.

*Defense Depot Ogden - US.  Army Health Clinic*
Administrative, technical and medical support to site medical officer

*Decker Lake Youth Detention Center*
Salt Lake City, Utah
Establish and maintain policies and procedures for the facility medical station.  Supervision of facility registered nurse.

*Milne Truck Lines, Inc.*
Pleasanton, California
Consultant Corporate Medical Director for a large interstate trucking company.  Establish and maintain company policies and procedures.  Medical liaison between company and various health care providers in nine western states.

**August 1982 to December 1983**

*Medical Director –  U.S. Steel – Geneva Works*
P.O. Box 510
Provo, Utah 84603

Responsible for Medical Department at U.S.S. --- Geneva Works—a plant of 3,500 to 5,000 employees. Chief duties included: Care for all occupational injuries and illness and non-occupational emergencies, supervised all dispensary activities and personnel and review all x-rays taken in plant.  Supervised and conducted health surveillance programs for coke oven facility, open hearth and foundry, benzol works, and hearing conservation program.  Made daily contact with department heads in Employee Relations, Safety, Security, Personnel and Benefits,

Legal Department and Operating Units.  Performed all final disability/impairment examinations in cases where patients claimed permanent loss due to industrial injuries, all disability pension examinations and all management physical exams (including sigmoidoscopy).  Served as Medical Advisor to U.S.S. Open Pit Ore Mine in Atlantic City, Wyoming, and U.S.S. Coal Mine Operations located in East Carbon, Utah, and Somerset, Colorado.

**July 1979 to August 1982**

*Works Physician - U.S. Steel–South Works*
3426 East 89th Street
Chicago, IL 60617

Charged with responsibility for the dispensary portion of the Medical Department at U.S.S.-South Works, a plant of 9,000 employees.  Chief duties encompassed providing initial and follow-up care, including rehabilitation planning for all in-plant injuries and medical emergencies.  Supervised dispensary activities of three nurses and an x-ray technician.  Responsible for medical activities including interpretation of all audiograms performed in the plant and reading all x-rays (approximately 20 chest films per day in routine surveillance and those ordered in the work-up of injuries).  Maintained close contact and active communication with the Safety and Security Departments including attending in emergency ambulance calls with EMTs/Paramedics on major trauma/medical runs and frequent instructional periods and critiques.  Performed final disability/ impairment examinations on patients claiming permanent loss due to industrial injuries.  Made daily contact with the Insurance/Compensation Department, Legal Department, Plant Supervision and operating units.

**March 1978 to July 1978**

*Plant Physician - Bethlehem Steel*
Burns Harbor, Indiana

**Professional Activities and Licensure:**

Member and Fellow, American College of Occupational and Environmental Medicine – Member since 1980
Member, American Medical Association
Delegate to Utah State Medical Association House of Delegates representing physicians not affiliated with a hospital (1988– 1990)
Member, Physician Assistant Committee (and Rules and Regulations Sub-Committee) of the Utah State Medical Association (1984-1989)
Clinical Faculty, Department of Family and Preventive Medicine, University of Utah School of Medicine (1982-1990)
Member, Residency Advisory Committee, Occupational Medicine Residency, University of Utah School of Medicine 1985-1990.  Chairman 1988-1990.
Member, Resident Selection Committee, Occupational Medicine Residency, University of Utah School of Medicine 1988-1990.
Member, Medex (Physician Assistant) Training Program Advisory Committee, University of Utah 1988-1990
Licensed to practice medicine in Colorado, Wyoming and Idaho
Taught EMT-A, 20-hour refresher course in Illinois 1979, 1980, 1982 and in Utah in 1983
Author – Colorado Division of Worker's Compensation  Level II Accreditation Course, Sections on Lower Extremity and Spinal Impairment Rating

Rocky Mountain Academy of Occupational and Environmental Medicine – Member since 1990
      Board of Directors, 1992-1997, 2006 – 2009
      Vice President, July 1994 – January 1996
      Program Chair for Annual Meeting, 1995
      President, 1996
Certified Medical Review Officer
Certified Commercial Driver Medical Examiner

**CURRICULUM VITAE- 1/1/20**

**Edward V. Fehringer, M.D.**

Orthopaedic Surgeon- Columbus Community Hospital; Columbus, NE          Telephone:  (402) 562-4700
                                                                          Facsimile:  (402) 562-4701
                                                                          E-mail:  evfehringer@me.com

**1.        EDUCATION:**

B.A. - Economics, Creighton University, Omaha, NE; May 1991; Summa Cum Laude
M.D. - University of Nebraska College of Medicine, Omaha, NE; May 1995

**2.        POST GRADUATE TRAINING:**

Residency:          Creighton University/University of Nebraska Health Foundation Department of
                    Orthopaedic Surgery and Rehabilitation
                    University of Nebraska College of Medicine
                    Omaha, Nebraska
                    7/1/95-6/30/00

Fellowship:         Shoulder and Elbow Surgery
                    Department of Orthopaedic Surgery and Sports Medicine
                    University of Washington School of Medicine
                    Seattle, Washington
                    8/1/00-7/31/01

**3.        FACULTY POSITIONS:**

8/1/00-7/31/01      Acting Instructor
                    Shoulder and Elbow Service
                    Department of Orthopaedic Surgery and Sports Medicine
                    University of Washington School of Medicine
                    Seattle, Washington

1/13/03-7/1/07      Assistant Professor
                    Shoulder and Elbow Surgery
                    Department of Orthopaedic Surgery and Rehabilitation
                    University of Nebraska College of Medicine
                    Omaha, Nebraska

7/1/07-4/30/12      Associate Professor
                    Shoulder and Elbow Surgery
                    Department of Orthopaedic Surgery and Rehabilitation
                    University of Nebraska College of Medicine
                    Omaha, Nebraska

10/1/2012-present   Adjunct Associate Professor
                    Shoulder and Elbow Surgery
                    Department of Orthopaedic Surgery and Rehabilitation
                    University of Nebraska College of Medicine
                    Omaha, Nebraska

**4.        HOSPITAL POSITIONS:**



EXHIBIT 19

1. University of Nebraska Medical Center: *Provisional-* 8/21/01-1/12/03
   *Active-* 1/13/03-4/30/12.
2. Omaha Veterans Affairs Medical Center- *Temporary Staff-* 2/10/03-4/9/03
   *Active-* 4/9/03-4/30/12.
3. Nebraska Orthopaedic Hospital- Active- 11/7/07-present.
4. Creighton University Medical Center: *Provisional Staff-* 10/29/02-7/31/03
   *Associate Staff-* 8/1/03-7/31/07.
5. Alegent Bergan Mercy Medical Center: *Associate A-* 6/20/01-5/25/05.
6. Methodist Hospital: *Provisional Courtesy-* 7/18/01-7/17/03
   *Courtesy Staff-* 7/18/03-5/3/05.
7. Lakeside Ambulatory Surgery Center: *Active-* 8/9/01-3/29/04.
8. Omaha Surgical Center: *Active*: 9/1/01-4/05.
9. Columbus Community Hospital: *Courtesy Staff-* 5/1/12.
   *Active- 5/1/12-present.*
10. SurgiCenter of Norfolk: Active Staff- 10/30/14-present.

5.   **HONORS/AWARDS:**

- Omicron Delta Epsilon Honorary Economics Society- Creighton University, 1989-91.

- Edna Itner Academic Scholarship- University of Nebraska College of Medicine, 1994-1995.

- American Medical Association's Physician Recognition Award in Continuing Medical Education; 50 Category I CME hours in twelve months; valid 10/1/03-10/1/06.

- American Medical Association's Physician Recognition Award in Continuing Medical Education; 100 Category I CME hours in twenty-four months; valid 10/1/03-10/1/06.

- American Medical Association's Physician Recognition Award in Continuing Medical Education; 150 Category I CME hours in thirty-six months; valid 10/1/03-10/1/06.

- 2004 'Outstanding Instructor' Award- Creighton University/University of Nebraska Health Foundation Orthopaedic Surgery Residency Program.

- University of Nebraska Medical Center College of Medicine 2005 Special Professional Achievement Award

- "The Doc You Call Coach" Award as part of The Nebraska Medical Center's Doctor's Day 2006; nominations and voting by hospital staff

- Outstanding Physician of the Year Award for 2006- Association of Operating Room Nurses of Omaha Chapter 2801

- Awarded a scholarship to attend the National Institute on Aging (NIA)'s Grant Writing Technical Assistance Workshop in Dallas, TX 11/16-17/06 based upon a proposal submitted on patients that have undergone rotator cuff repair after the age of 65.

- University of Nebraska College of Medicine Dean's 'Excellence in Clinical Practice Award' for 2006; the award is one of 3 given annually to honor outstanding clinical faculty members who are dedicated to the education and training of medical students, provide compassionate and quality care to patients, and further advances in scientific knowledge through research.

- Selected as one of the *Best Doctors in America* 2007-2008.

2

- University of Nebraska Medical Center College of Medicine 2007 Special Professional Achievement Award.

- 2009 'Outstanding Instructor' Award- Creighton University/University of Nebraska Health Foundation Orthopaedic Surgery Residency Program; awarded 6/27/09.

- Selected as one of the *Best Doctors in America 2009-2010*.

- UNeMED  2009 New Invention Notification Award for a novel diagnostic aid for the detection of early periprosthetic component loosening along with Drs. Dong Wang and Steven Goldring.

- University of Nebraska Medical Center College of Medicine 2009 Special Professional Achievement Award.

- UNeMED  2010 New Invention Notification Award for a nanocrystalline coating of polyethylene along with Drs. Fereydoon Namavar and Hani Haider.

- Selected as one of the *Best Doctors in America 2011-2012*.

- Completion of The Nebraska Medical Center's Physician Development Leadership Series, Part I; April 14, 2011.

- Completion of the University of Nebraska Medical Center's Administrative Colloquium, May 17, 2011.

- American Board Medical Specialty (ABMS) Member Board Certification, Recertification through the American Board of Orthopaedic Surgery (6/2012).

- Selected as one of the *Best Doctors in America 2013*.

- Selected as one of the *Best Doctors in America 2014*.

- Winner of the SAGE Best Paper Prize in 2013 by the editorial board of *Journal of Engineering in Medicine* for the paper "*Titanium implant with nanostructured zirconia surface promotes maturation of peri-implant bone in osseointegration*" by Dusad A, Chakkalakal DA, Namavar F, Haider H, Hanisch B, Duryee MJ, Diaz A, Rensch A, Zhang Y, Hess R, Thiele GM, **Fehringer EV.** Volume 227, Issue 5 http://pih.sagepub.com/content/227/5/510.abstract

- Selected as one of the *Best Doctors in America 2015-2016*.

- Selected as one of the *Best Doctors in America 2017-2018*.


6.   **BOARD CERTIFICATION:**

- USMLE Step 1- Pass, 6/93
- USMLE Step 2- Pass, 3/95
- USMLE Step 3- Pass, 5/96
- American Board of Orthopaedic Surgery- July 11, 2003; certified through 12/31/2013;
  - re-certified through December 31, 2023; notified 6/20/12.
- BLS-certified; 9/11/09-9/11/11; recertified 6/7/12-6/7/16.

7.   **LICENSE TO PRACTICE:**

3

- State of Nebraska, 10/1/2018, License No. 21617; first licensed 11/16/2000.
- State of Washington, 4/15/05, (inactive) MD00038527
- State of Nebraska Temporary Educational Permit, 7/1/95-7/1/00 (inactive); License No. 3312

**8.    PROFESSIONAL ORGANIZATIONS:**

**A.    International**

Douglas T. Harryman, II, M.D. Shoulder and Elbow Society; July 16, 2001-August 1, 2004; now defunct.
Global Shoulder Society; January 20, 2003-4/19/08, now defunct.
American Shoulder and Elbow Surgeons (ASES), Associate member, 10/12/07-10/20/10.
American Shoulder and Elbow Surgeons (ASES), Active member, 10/20/10-present.

**B.    National**

American Academy of Orthopaedic Surgeons (AAOS)-Resident member: 7/1/96-7/1/00
American Academy of Orthopaedic Surgeons (AAOS)-Candidate member: 7/14/00-10/11/04
American Academy of Orthopaedic Surgeons (AAOS)- Fellow: 3/2005-present
American Orthopaedic Association (AOA): June 4, 2009-present
Arthroscopy Association of North America (AANA)-Resident member: 7/1/00-12/31/01
Arthroscopy Association of North America (AANA)-Associate member: 1/1/02-present
American Medical Association (AMA): 8/15/01-12/31/04

**C.    Regional**

Mid-America Orthopaedic Association (MAOA): 2/25/05-present.
Mid-Central States Orthopaedic Society: 6/9/02-10/1/10

**D.    Local**

Metro Omaha Medical Society: 8/15/01-12/31/2009
Nebraska Medical Association: 8/15/01-present
Greater Omaha Orthopaedic Society: 8/15/01-present
Nebraska Orthopaedic Association: 11/3/01-present

**9.    JOURNAL REVIEWER POSITIONS:**

a.    Reviewer- *Clinical Orthopaedics and Related Research*- 6/17/04-present.
b.    Consultant Reviewer for the *Journal of the American Academy of Orthopaedic Surgeons*, 4/10/06-6/9/11.
c.    Reviewer- *Pharmaceutical Research*, 3/14/08-present.
d.    Reviewer- *The Journal of Shoulder and Elbow Surgery*- 4/1/08-present.
e.    Reviewer- *Acta Orthopaedica*- 4/13/09-present.
f.    Reviewer- *Shoulder and Elbow*-1/20/10-present.
g.    Reviewer- *The Journal of the American Geriatric Society*- 7/3/10-present.
h.    Reviewer- *The Journal of Bone and Joint Surgery-American*- 12/8/10-present.

**10.    POST GRADUATE COURSES/CONTINUING EDUCATION:**

1.    Advanced Trauma Life Support; University of NE Med. Center, Omaha, NE; 8/21-22/95.
     ***CME:  18 hours, Category I***

4

2.      Ilizarov Method Course:  Essential Concepts and Techniques; Omaha, NE, 9/22-23/95.

3.      Total Hip Review w/ Heritage Introduction; Des Moines, IA; 8/17/96.
        ***CME:  5.5 hours, Category I***

4.      American Orthopaedic Foot and Ankle Society's Review Course
        Omaha, NE; 9/21-22/96.  ***CME:  7.5 hours, Category I***

5.      Dallas Short Course: Orthotics and Prosthetics; Dallas, TX; 10/25-27/96

6.      Creighton University School of Medicine's Review of Orthopaedics and Orthopaedic Pathology;
        Omaha, NE; 5/29-6/1/97.  **CME:  31 hours, Category I**

7.      AO/ASIF Residents Basic Course; Madison, WI; 8/20-24/97.
        ***CME:  30.5 hours, Category I***

8.      Zimmer Residents Program; Chicago, IL; 8/6-9/98.

9.      Howmedica Residents Program; Colorado Springs, CO; 8/21-23/98.

10.     American Orthopaedic Foot and Ankle Society's Review Course
        Kansas City, MO; 10/24-25/98.  ***CME:  11.5 hours, Category I***

11.     Advanced Concepts in ACL Reconstruction Using a Quadruple Bundled Hamstring Tendon Graft;
        Omaha, NE; 4/23-24/99.  ***CME:  1 hour, Category I***

12.     Colorado Orthopaedic Review Course; Colorado Springs, CO; 5/19-23/99.

13.     Arthroscopy Association of North America Masters Course:  General
        Shoulder; Rosemont, IL; 8/27-29/99.  ***CME:  19 hours, Category I***

14.     American Academy of Orthopaedic Surgeons 67th Annual Meeting
        Orlando, FL; 3/15-19/00; Instructional Course Lectures attended:
            1.   # 203:  Complications in Primary THR:  Avoidance and Management
            2.   # 145:  Management of Acromioclavicular and Sternoclavicular Joint Injuries
        ***CME:  24.5 hours, Category I***

15.     American Shoulder and Elbow Surgeons 16th Open Meeting; Orlando, FL; 3/18/00.
        **CME:  8 hours, Category I**

16.     DePuy Shoulder Arthroplasty Techniques Learning Center; Seattle, WA; 8/25-26/00.

17.     American Academy of Orthopaedic Surgeons 68th Annual Meeting; San Francisco, CA;
        2/28-3/4/01; Instructional Course Lectures attended:
            1.   # 168:  The Unstable Elbow- Anatomy, Biomechanics, & Treatment
            2.   # 248:  Proximal Humeral Fractures I:  Alternatives to Arthroplasty
        ***CME:  28.5 hours, Category I***

18.     American Shoulder and Elbow Surgeons 17th Open Meeting; San Francisco, CA; 3/3/01.
        ***CME:  8 hours, Category I***

19.     Zimmer Fellows Program: The Elbow:  The Joint Beyond ; Mayo Clinic; Rochester, MN;
        4/19-20/01.

20.     Arthroscopy Association of No. America 2001 Spring Meeting; Seattle, WA; 4/20-22/01.

*CME: 16 hours, Category 1*

21.    Douglas T. Harryman II, M.D. Shoulder and Elbow Society Inaugural Meeting; University of Washington; Seattle, WA; 7/16-20/01.

22.    Alegent Health's 'Measures to Improve Outcomes'; Omaha, NE; Fall 2001.
*CME: 1 hour, Category 1*

23.    American Academy of Orthopaedic Surgeons 69th Annual Meeting; Dallas, TX; 2/13-17/ 02. Instructional Course Lectures attended:
1. #131:  The Assessment and Management of the Stiff Elbow
2. #151:  Shoulder Arthroplasty:  Current Techniques
3. #271:  Arthroscopic Management of Glenohumeral Instability:  Indications   and Techniques.
*CME:  28 hours, Category 1*

24.    American Shoulder and Elbow Surgeons 18th Open Meeting; Dallas, TX; 2/16/02.
*CME:  7.3 hours, Category 1*

25.    Biomet Next Generation Elbow Surgery using the 'Discovery Elbow System' Orthopaedic Learning Center ; Rosemont, IL; 4/19/02.

26.    Douglas T. Harryman II, M.D. Shoulder and Elbow Society 2nd Annual Meeting University of Washington; Seattle, WA; 7/22-24/02.

27.    American Academy of Orthopaedic Surgeons' 'Elbow Arthroscopy, Fractures, Instability, and Stiffness;' Orthopaedic Learning Center ; Rosemont, IL; 12/6-7/02.
*CME:  17 hours, Category 1*

28.    American Academy of Orthopaedic Surgeons 70th Annual Meeting; New Orleans, LA; 2/4-9/03.  Instructional Course Lectures attended:
1. #108:  Statistics for Orthopods
2. #125:  Metabolic Bone Disease
3. #169:  Arthroscopic Rotator Cuff Repair:  Indication and Technique
4. #229:  Athletic Injuries of the Elbow
5. #324:  Tibial Shaft Fractures Update Part I:  Decision Making in Tibial Shaft Fractures
*CME:  28 hours, Category I*

29.    American Shoulder and Elbow Surgeons 19th Open Meeting; New Orleans, LA; 2/8/03.
*CME:  7.5 hours, Category I*

30.    The Doctor's Company and UMA's seminar on Informed Consent; University of Nebraska-Omaha; Omaha, NE; 5/7/03.
*CME:  1.5 hours, Category I*

31.    'HealthStream' Zimmer Trauma Update 2003; Omaha, NE; 6/7/03.
*CME:  8.0 hours, Category I*

32.    SUNY's 'Concepts in Locked Plating- A Trauma Symposium,' sponsored by Synthes Omaha, NE; 8/23/03. *CME:  6.5 hours, Category I*

33.    UNMC Faculty Development and EDI Committee's Sponsored Programs Administration 'Understanding the Investigator's Role in NIH-Sponsored Projects'; Omaha, NE 10/9/03.
*CME:  2.0 hours, Category I*

34.     UNMC New Faculty Welcome and Orientation Program; Omaha, NE 10/24/03.
        *CME:  6.5 hours, Category I*

35.     Depuy's Introduction of the Delta III reverse ball and socket total shoulder prosthesis; San
        Francisco, CA; 3/9/04.

36.     American Academy of Orthopaedic Surgeons 71st Annual Meeting, San Francisco, CA;
        3/10-14/04.  Instructional Course Lectures attended:
                1.      #229:  Open and Arthroscopic Instability Repairs
                2.      #269:  Operative Management of Rotator Cuff Tears
                3.      #366:  The Unstable Elbow Anatomy, Biomechanics, and Treatment
        *CME: 28 hours, Category I*

37.     American Shoulder and Elbow Surgeons 20th Open Meeting; San Francisco, CA; 3/13/04.
        *CME: 8.5 hours, Category I*

38.     ***UNMC Faculty Development: "PREPARING FOR A DIFFICULT CONVERSATION:***
        Conflict Styles and Strategies"; Omaha, NE 4/29/04.
        *CME:  3.0 hours, Category I*

39.     6th Annual Mayo Clinic Advanced Elbow Surgical Skills 'Teach the Teachers' Course: The
        Unstable Elbow; Mayo Clinic, Rochester, MN; May 14-15, 2004.
        *CME:  11.0 hours, Category I*

40.     The American Geriatric Society's 2004 Annual Scientific Meeting: Section on Surgical and
        Related Medical Specialties; Las Vegas, NV; May 19-20, 2004.
        *CME:  4.5 hours, Category I*

41.     University of Calgary's 'The Calgary Shoulder and Elbow Course'; Calgary, Alberta CN
        9/23/04-9/26/04.
        *CME:  23.5 hours, Category I*

42.     Mid-America Orthopaedic Association's 23rd annual meeting; Amelia Island, FL 4/20-24/ 05.

43.     Tornier 'Latitude' Elbow Surgeon Training Course; La Jolla, CA 4/29/05.

44.     The American Geriatric Society's 2005 Annual Scientific Meeting: Section on Surgical and
        Related Medical Specialties; Orlando, FL; 5/11-15/05.
        *CME:  4.5 hours, Category I*

45.     7th Annual Mayo Clinic Advanced Elbow Surgical Skills 'Teach the Teachers' Course:
        Elbow Trauma; Mayo Clinic, Rochester, MN; 5/20-21/05.
        *CME:  11.0 hours, Category I*

46.     4th Annual Zimmer Trauma Update 2005:  Full Cadaveric Course; Omaha, NE 9/9-10/05
        *CME:  11.0 hours, Category I*

47.     Joe W. King Orthopedic Institute's Arthroscopic Rotator Cuff Repair Course; Texas
        Orthopedic Hospital; Houston, TX; 9/30/05-10/1/05.
        *CME:  16.0 hours, Category I*

48.     Metropolitan Omaha Medical Society's Leadership Institute; Omaha, NE; 10/21-22/05.

49.     Depuy's Advanced Surgical Management of Cuff Tear Arthropathy Learning Center;
        Colorado Springs, CO; January 13, 2006.

50.     LifeWings' Patient Safety and Quality of Care Course; Omaha, NE; 2/25/06.
*CME:  8.0 hours, Category I*

51.     American Academy of Orthopaedic Surgeons 73rd Annual Meeting; Chicago, IL; 3/22-26/06.
*CME:  28 hours, Category I*

52.     American Shoulder and Elbow Surgeons 22nd Open Meeting; Chicago, IL; 3/25/06.
*CME:  8.5 hours, Category I*

53.     The American Geriatric Society's 2006 Annual Scientific Meeting: Section on Surgical and Related Medical Specialties; Chicago, IL; 5/3-7/06.
*CME:  4.5 hours, Category I*

54.     8th Annual Mayo Clinic Advanced Elbow Surgical Skills 'Teach the Teachers' Course: The Stiff Elbow; Mayo Clinic, Rochester, MN; 5/19-20/06.
*CME:  12.0 hours, Category I*

55.     American Academy of Orthopaedic Surgeons 74th Annual Meeting; San Diego, CA; 2/14-2/18/07.
*CME:  27 hours, Category I*

56.     American Shoulder and Elbow Surgeons 23rd Open Meeting; San Diego, CA; 2/17/07.
*CME:  8 hours, Category I*

57.     9th Annual Mayo Clinic Advanced Elbow Surgical Skills 'Teach the Teachers' Course: Elbow Arthroscopy; Mayo Clinic, Rochester, MN; 5/18-19/07.
*CME:  11.5 hours, Category I*

58.     Treatment Options for Difficult Fractures:  Advanced Technology Symposium supported by Synthes; Omaha, NE; 8/18/07.
*CME:  6.5 hours, Category I*

59.     AAOS Clinician-Patient Communication To Enhance Health Outcomes Workshop; Omaha, NE 9/29/07.  *CME: 4.0 hours, Category I*

60.     Jahnigen Scholars Leadership Meeting; Ft. Lauderdale, FL; 1/11-13/08.

61.     American Academy of Orthopaedic Surgeons 75th Annual Meeting; San Francisco, CA; 3/5/08-3/9/08.  *CME: 27 hours, Category;* ICL #268:  Marking the Diagnosis in Shoulder Injury: Integration of History and Physical & #148:  The Technique, Theory, and Results for the Reverse (Delta-Type) Shoulder Prosthesis.

62.     American Shoulder and Elbow Surgeons 24th Open Meeting; San Francisco, CA; 3/9/08.
*CME:  8 hours, Category I*

63.     Mid-America Orthopaedic Association's 26th annual meeting; Orlando, FL; 4/16-20/08.
*CME:  7 hours, Category I*

64.     American Shoulder and Elbow Surgeons 2008 Annual Closed Meeting; Santa Barbara, CA; 9/3-6/08. *CME:  10.5 hours, Category I*

65.     American Academy of Orthopaedic Surgeons 76th Annual Meeting; Las Vegas, NV; 2/25/08-2/28/09.  *CME: 27 hours, Category I*

66.     American Shoulder and Elbow Surgeons 25th Open Meeting; Las Vegas, NV; 2/28/09.

*CME:  8 hours, Category I*

67.    American Orthopaedic Association's (AOA) 122nd Annual Meeting; Bonita Springs, FL; 6/9/09-6/13/09.  *CME:  9.75 hours, Category I*

68.    American Shoulder and Elbow Surgeons International Symposium on Shoulder and Elbow Arthroscopy; New York, NY; 10/24/09.  *CME:  7.75 PRA, Category I*

69.    American Shoulder and Elbow Surgeons 2009 Annual Closed Meeting; New York, NY; 10/25/09-10/27/09.  *CME:  10.5 hours, Category I*

70.    American Academy of Orthopaedic Surgeons 77th Annual Meeting; New Orleans, LA; 3/9/10-3/12/10.  *CME:  27 hours, Category I*

71.    American Shoulder and Elbow Surgeons' 26th Open Meeting; New Orleans, LA; 3/13/10. *CME: 8 hours, Category I*

72.    2010 National Orthopaedic Leadership Conference (NOLC); Washington, D.C.; 4/28/10-5/1/10.

73.    American Orthopaedic Association's (AOA) 123rd Annual Meeting; San Diego, CA; 6/9/10-6/12/10. *CME:  10.25 hours, Category I*

74.    Surviving Value Based Purchasing; University of Nebraska Medical Center's Center for Continuing Education, Omaha, NE; 10/13/10-11/12/09. *CME:  1.00 hours, Category I*

75.    Physicians Development Leadership Series for Physicians in Management at the University of Nebraska Medical Center:  Session I, Interpersonal Effectiveness, 9/9/10 *CME:  2.5 hours, Category I*

76.    Physicians Development Leadership Series for Physicians in Management at the University of Nebraska Medical Center:  Session II, Conflict Management, 10/13/10. *CME:  2.5 hours, Category I*

77.    Physicians Development Leadership Series for Physicians in Management at the University of Nebraska Medical Center: Session IV:  Negotiating Theory and Practice, 3/18/11. *CME:  2.5 hours, Category I*

78.    2010-2011 UNMC Faculty Development Administrative Colloquium.  9/20-21, 2010; 11/18/2010; 1/24-25/2011; 3/16/2011, & 5/17/2011. *CME:  31.25  hours, Category I*

79.    American Academy of Orthopaedic Surgeons 78th Annual Meeting; San Diego, CA; 2/16/11-2/18/11.  *CME:  27 hours, Category I*

80.    American Shoulder and Elbow Surgeons' 27th Open Meeting; San Diego, CA; 3/13/10.  *CME: 8 hours, Category I*

81.    Physicians Development Leadership Series for Physicians in Management at the University of Nebraska Medical Center: Session VI:  Decision Making in Teams, 4/14/11. *CME:  2.5 hours, Category I*

82.    2012 National Orthopaedic Leadership Conference.  Washington, D.C., 4/25-27/12.  *CME:  5 hours, Category I*

83.     American Board Medical Specialty (ABMS) Member Board Certification, Recertification through the American Board of Orthopaedic Surgery (ABOS) in 6/2012.
        ***CME:  60 hours, Category I***

84.     TeamSTEPPS- Team Strategies and Tools to Enhance Performance & Patient Safety.  Sponsored by Columbus Community Hospital, Columbus, NE; 10/18/12.  ***CME:  4 hours, Category I.***

85.     American Orthopaedic Association's (AOA) 126th Annual Meeting; Denver, CO; 6/12/13-6/15/13.  ***CME:  2.0 hours, Category I.***

86.     Arthroscopic Shoulder and Elbow Surgery:  An International Perspective. Las Vegas, NV; 10/12/13. ***CME:  7.25 hours, Category I.***

87.     American Shoulder and Elbow Surgeons' 2013 closed meeting. Las Vegas, NV; 10/12-15/13.  ***CME:  12.5 hours, Category I.***

88.     American Academy of Orthopaedic Surgeons' 2015 Annual Meeting.  Las Vegas, NV; 3/24-27/15.  ***CME:  35 AMA PRA Cateogry I.***
        ICL's attended:   #248- Complex Shoulder Arthroplasty:  Case Discussions and Management
                          #270- Shoulder Arthroplasty:  How to Do Them All
                          #310- Pitfalls in the Operative Management of Common Shoulder Problems:
        How to Avoid them and What to Do When They Occur
                          #328- Rotator Cuff Controversies
                          #410- New Frontiers in Shoulder Instability:  From Cutting Open to Cutting
        Edge and Back Again
                          #428- All Things Clavicle:  From Ac to SC and All Points in Between
                          #449- Proximal Humerus Fractures:  Current Treatment Options, Pearls, and
        Pitfalls

89.     American Shoulder and Elbow Surgeons' 2015 Specialty Day.  Las Vegas, NV; 3/28/15. ***CME: 4.25 AMA PRA Category I Credits.***

90.     American Shoulder and Elbow Surgeons' 2018 Open Symposium. Chicago, IL; 10/10/18. ***CME: 8.0  hours, Category I.***

91.     American Shoulder and Elbow Surgeons' 2018 closed meeting. Chicago, IL; 10/11-14/18. ***CME: 15.00 hours, Category I.***

92.     American Academy of Orthopaedic Surgeons' (AAOS) Expert Witness #3646 course:  Solving the Legal Quagmire-Methods and Insights.  Chicago, IL; 10/25/18.  ***CME:   5.75 AMA PRA Category I credits.***

93.     American Academy of Orthopaedic Surgeons' (AAOS) 20th Annual Workers' Compensation and Musculoskeletal Injuries: Improving Outcomes with Back-to-Work , Legal, and Administrative Strategies.  Chicago, IL; 10/26-28/18.  ***CME:   25.00 AMA PRA Category I credits.***

94.     American Academy of Orthopaedic Surgeons' 2019 Annual Meeting.  Las Vegas, NV; 3/12-15/10.  ***CME:  8 AMA PRA Cateogry I.***
        ICL's attended: #448:  Tips and Tricks for Common Fractures in the Community

89.     American Shoulder and Elbow Surgeons' 2019 Specialty Day.  Las Vegas, NV; 3/16/19. ***CME: 6.0 AMA PRA Category I Credits.***

90.     Wright Medical's Masters Symposium.  Dallas, TX; 4/4-6/19.

11.   **TEACHING RESPONSIBILITIES:**

**A. Courses Taught**

1.   Primary Care CME Course:  "Practical Approaches to Common Orthopaedic Problems," Shoulder & Elbow Section.  University of Washington, Seattle, WA.  February 8-9, 2000.  Lectures:
      a. Clavicle Fractures
      b. Acromioclavicular Joint Instability and Arthritis
      c. Shoulder Trauma

2.   Basic AO/ASIF Orthopaedic Trauma:  Team Approach to Fracture Management
      AO/ASIF Nursing Continuing Education; Faculty Member-Table Instructor
      Omaha, NE.  October 5-6, 2001.

3.   Excel Physical Therapy Shoulder Program:  "Shoulder Surgery:  What's Current In 2002?"
      Georgetown Club, Omaha NE.  May 2, 2002.
      Lectures:   a. Diagnostic Ultrasound
                  b. The "Weep Hole" Technique for Glenoid Fixation

4.   Alegent Health Orthopaedic Institute's "All About Orthopaedics II" Seminar
      Primary Care, R.N., & Therapist Continuing Ed.; Omaha, NE. September 6, 2002.
      Lecture:  "Shoulder Replacement for Arthritis."

5.   National Association of Orthopaedic Nurses' Mid Plains Chapter Fall Workshop
      Omaha, NE.  September 26, 2002.  Lecture:  "The Aging Shoulder."

6.   University of Nebraska Medical Association Medical Student Chapter
      2003 Residency Symposium- Orthopaedic Surgery section; April 26, 2003;
      University of Nebraska Medical Center; Omaha, NE

7.   University of Nebraska Medical Center's 32nd Annual Family Practice Review:
      "Best Practices for the 21st Century"; Omaha, NE; May 8, 2003
      Lecture:  Shoulder Pain in the Adult

8.   Creighton University/University of Nebraska Health Foundation Orthopaedic Residency
      2003 Graduation, Shoulder Symposium Director & host; Dr. Charles Rockwood, Jr.- Visiting
      Professor.  Omaha, NE; June 28, 2003.

9.   SUNY's 'Concepts in Locking Plating- A Trauma Symposium,' sponsored by Synthes
      Omaha, NE August 23, 2003.  Lecture:  The Proximal Humerus Locking Plate.

10.   University of Nebraska Medical Center's 33rd Annual Family Practice Review:  "Best
       Practices for the 21st Century"; Omaha, NE; May 6, 2004
       Lecture:  Shoulder Pain in the Adult

11.   Omaha Sports Medicine Alliance's (OSMA) 2004 Sports Medicine Summer Symposium:
       'Shoulder Injuries in the Throwing Athlete.'  Omaha, NE July 31, 2004.
       Lecture:  Shoulder Stability

12.   University of Nebraska Medical Center's 34th Annual Family Practice Review:  "Best Practices
       for the 21st Century"; Omaha, NE; May 4, 2005
       Lecture:  Shoulder Pain in the Adult

13.   4th Annual Zimmer Trauma Update 2005:  Full Cadaveric Course. Omaha, NE 9/9-10/05.

11

Lectures:  1.  Adult Acute Simple and Complex Elbow Instability, & 2. 3- and 4-part Proximal Humerus Fractures:  to Fix or Replace?

14.     The Nebraska Medical Center Peri-operative Services Continuing Nursing Education: "Shoulder/Elbow Surgery 2006". Omaha, NE; February 15, 2006.

15.     University of Nebraska Medical Center's 35th Annual Family Practice Review: "Best Practices for the 21st Century". Omaha, NE; April 28, 2006
        Lecture:  Shoulder Pain in the Adult

16.     Faculty for AO North America Nursing Continuing Education:  An Advanced Course of Fracture Management for Operating Room Personnel, a Team Approach.  Lectures:  1. "Distal Humerus Fractures" & 2. "Indications for ORIF of Proximal Humerus and Humeral Shaft Fractures";  Omaha, NE; 8/3/06-8/4/06.

17.     The Omaha VA Medical Center Peri-operative Services Continuing Nursing Education: "Shoulder/Elbow Surgery 2006".  Omaha, NE; August 14, 2006.

18.     Association for Operating Room Nurses (AORN) Continuing Nursing Education:  "What's New in Shoulder and Elbow Surgery?" Omaha, NE; October 11, 2006.

19.     University of Nebraska Medical Center's 35th Annual Family Practice Review: "Best Practices for the 21st Century"; Omaha, NE; April 2007. Lecture:  "Shoulder Pain in the Adult."

20.     Mid-Central States Orthopaedic Society's 2007 annual meeting guest lecturer.  Lectures:  1. Humeral Head Replacement with a CTA Head for Cuff Tear Arthropathy, and 2. Acute Adult Simple and Complex Elbow Instability.

21.     Faculty for "Treatment Options for Difficult Fractures:  Advanced Technology," a symposium supported by Synthes; Omaha, NE; 8/18/07.  Lecture:  Distal Humerus Fractures.

22.     Moderator for 'Shoulder break-out session" as part of the Mid-America Orthopaedic Association's 26th annual meeting; Orlando. FL. 4/18/08.

23.     University of Nebraska Medical Center's 35th Annual Family Practice Review: "Best Practices for the 21st Century"; Omaha, NE; April, 2008.  Lecture:  Shoulder Pain in the Adult.

24.     University of Nebraska Medical Center's 35th Annual Family Practice Review: "Best Practices for the 21st Century"; Omaha, NE; May 1, 2009.  Lecture:  Shoulder Pain in the Adult.

25.     Tornier's 3rd annual Shoulder Masters Symposium Faculty Member.  Chicago, IL; September 25-26, 2009.  Lecture:  Hemiarthroplasty for Cuff Tear Arthropathy.

26.     National Association of Orthopaedic Nurses' Mid Plains Chapter Winter Workshop Omaha, NE. January 28, 2010.  Lecture:  "Shoulder and Elbow 2010."

27.     University of Nebraska Medical Center's 36th Annual Family Practice Review: "Best Practices for the 21st Century"; Omaha, NE; April 25, 2011.  Lecture:  Shoulder Pain in the Adult.

28.     Tornier's 4th annual Shoulder Masters Symposium Faculty Member.  Chicago, IL; September 24-25, 2010.  Lectures:  1.  How Magical is the Magic Peg?  2.  The Aequalis IM Nail: Biomechanics Compared to Locked Plating.

29.     Shoulder Pain in the Adult:  Lecture at the Columbus Community Hospital, 2/11/11 & 3/25/11,

Columbus, NE.

30.     University of Nebraska Medical Center's 37th Annual Family Practice Review: "Best Practices for the 21st Century"; Omaha, NE; April 15, 2011.  <u>Lecture</u>:  Shoulder Pain in the Adult.

31.     Tornier's 6th Annual Shoulder Masters Symposium Faculty Member.  Chicago, IL; September 27-28, 2013.  Lecture: How to Safely Nail a 2-part Surgical Neck Fracture.

32.     Wright Medical's 2019 Spring Fellows Course.  Las Vegas, NV; 4/11-13/19. Lectures:  1. Stemmed vs. Stemless, 2. When to Replace for Fracture, 3. Reverse Instability

**12.     SPECIAL  RESPONSIBILITIES/COMMITTEES:**

**A.   University of Nebraska Medical Center**

1.   Operating Services Committee, 9/11/03-5/1/12
2.   Clinical Research Center Scientific Advisory Committee, 11/9/04-5/1/12.
3.   Patient Hand-off and Communications Committee- 10/05/05-5/1/12.
4.   Delegate for the University of Nebraska Medical Center- 9/17/06-5/1/12.
5.   Pre-op Order Standardization Six Sigma Project- 5/08-6/09

**B.   Omaha, Nebraska Community**
1.   Archdiocese of Omaha Catholic Cemeteries Board of Directors, 12/31/04- 5/22/08.
2.   Omaha YMCA volunteer youth basketball coach, 2002-07.
3.   Volunteer youth club basketball coach, 10/2010-3/2012.
4.   Volunteer youth club baseball coach, 7/8/17-present.

**C.   State Offices**
1.   Elected President-elect of Nebraska State Orthopaedic Society for 7/1/09-7/1/11.
2.   President- Nebraska State Orthopaedic Society- 7/1/11-7/1/13.

**D.   Columbus Community Hospital**
1.   PHO Board member- Jan. 1, 2013-Dec. 31, 2016.
2.   Surgical Services Committee, Jan. 2013-present.
3.   Patient Safety Committee, Jan. 2015-present.
4.   VTE Committee, Jan. 2016-present.

**E.   Columbus, Nebraska Community**
1.   Volunteer youth basketball coach: 11/12-3/1/17.
2.   Volunteer youth baseball coach:  9/13-3/1/17.

**F.   American Shoulder and Elbow Surgeons**
1.   ASES ad hoc Fellowship Match Committee- 2015.
2.   ASES Fellowship Match Committee 6/27/16-present.
3.   ASES Fellowship Review Committee- 4/17-present.

**13.     EDITORIAL POSITIONS:**

**A.**   Associate Editor for 'The Shoulder,' 4th edition; Saunders, Philadelphia, PA, 2/2009.

**B.**   Co-editor for 'The Shoulder,' 5th edition; Saunders, Philadelphia, PA, 10/2016.

**C.**   Assistant Editor for *The Journal of Shoulder and Elbow Surgery,* 10/25/09-present.

13

14.   **BIBLIOGRAPHY:**

A.   **Journal Articles Published- Peer Reviewed**

1.   **Fehringer EV,** and Crosby LA:  Fracture of the Month:  Dislocation of the Knee, A Case Report and Review of the Literature.  *Nebraska Medical Journal,* 80:  309-310, October 1995.

2.   **Fehringer EV,** Tiedeman, JJ, Dobler K., and McCarthy JA:  Bilateral Endoscopic Carpal Tunnel Releases:  Simultaneous Versus Staged Operative Intervention.  *Arthroscopy:  The Journal of Arthroscopic and Related Surgery*, 18 (3):  316-321, March 2002.

3.   **Fehringer EV,** Kopjar B, Boorman, RS, Churchill RS, and Matsen FA III.:  Characterizing the Functional Improvement after Total Shoulder Arthroplasty for    Osteoarthritis.  *The Journal of Bone and Joint Surgery,* 84-A(8):  1349-1353, 2002.

4.   Woodhouse ES, **Fehringer EV,** Benda P, and Matsen FA III:  Occult Lung Metastases to the Acromion Following Total Shoulder Arthroplasty:  A Case Report and Review of the Literature.  *The Journal of Shoulder and Elbow Surgery,* 2002 Nov.-Dec.; 11(6): 645-47.

5.   **Fehringer EV,** Schmidt GR, Boorman RS, Churchill RS, Smith KL, Norman AG, Sidles JA, and Matsen FA III:  The Anteroinferior Labrum Helps Center the Humeral Head on the Glenoid.  *The Journal of Shoulder and Elbow Surgery*, 2003 Jan.-Feb.; 12(1):  53-58.

6.    Boorman RS, Kopjar B, **Fehringer EV,** Churchill RS, Smith KL, Matsen FA III:  The Effect of Total Shoulder Arthroplasty on Self-Assessed Health Status Is Comparable to that of Total Hip Arthroplasty and Coronary Artery Bypass Grafting. *The Journal of Shoulder and Elbow Surgery*, 2003 Mar.-Apr.; 12(2):  158-163.

7.   Shafer BL, **Fehringer EV,** Boorman RS, Churchill RS, Matsen FA III:  Ulnar Component Fracture After Revision Total Elbow Arthroplasty with Proximal Ulnar Bone Loss:  A Report of Two Cases.  *The Journal of Shoulder and Elbow Surgery,* 2003 May-June; 12(3):  297-301.

8.   Churchill RS, **Fehringer EV,** Dubinsky T, Matsen FA III:  Rotator Cuff Ultrasonography:  Diagnostic Capabilities.  *The Journal of the American Academy of Orthopaedic Surgeons*, 2004 Jan.-Feb.; 12(1): 6-11.

9.   Churchill RS, Boorman RS, **Fehringer EV,** Matsen FA III:  Glenoid Cementing May Generate Sufficient Heat to Endanger the Surrounding Bone. *Clinical Orthopaedics and Related Research,* 2004 February (419): 76-79.

10.   Prince EJ, Breien KR, **Fehringer EV,** Mormino MA:  The Relationship of the Axillary Nerve and its Branches to Proximal Locking Screws in Four Commercially Available Antegrade Humeral Nails.  *The Journal of Orthopaedic Trauma*, 2004 Oct; 18(9): 585-588.

11.   Mahoney CR, **Fehringer EV,** Kopjar B, Garvin KL:  Femoral Revision with Impaction Grafting and a Collarless, Polished, Tapered Stem.  *Clinical Orthopaedics and Related Research,* 2005 March (432):  181-187.

12.   Churchill RS, Kopjar B, **Fehringer EV,** Boorman RS, Matsen FA III:  Humeral Component Modularity May Not Be An Important Factor in the Outcome of Shoulder Arthroplasty for Osteoarthritis.  *The American Journal of Orthopedics,* 2005 April XXXIV (4):  173-176.

13.   Matsen FA III, **Fehringer EV**:  Letter to the editor.  *The Journal of Bone and Joint Surgery,* 2006 February, 88-A(2):  448-50.

14

14.   Kibuule LK, **Fehringer EV:** Distal Triceps Tendon Rupture and Repair in an Otherwise Healthy Pediatric Patient: A Case Report and Review of the Literature. *The Journal of Shoulder and Elbow Surgery,* 2007 May-June; 16(3): e1.

15.   **Fehringer EV,** Buck DC, Clare DJ, Clare PE. Open Anterior Repair Without Routine Capsulorraphy for Traumatic Anterior Shoulder Instability by a Community Surgeon. *Orthopedics*, 2008 April; 31 (4): 365.

16.   **Fehringer EV,** Rosipal CE, Rhodes DA, Lauder AJ, Puumala SE, Feschuk CE, Mormino MA, Hartigan DE. The Radiographic Acromiohumeral Interval is Affected by Arm and X-ray Position in Healthy Shoulders. *The Journal of Skeletal Radiology,* 2008 June; 37 (6): 535-39.

17.   **Fehringer EV,** Sun, J, VanOeveren LS, Keller BK, Matsen FA III. Full Thickness Rotator Cuff Tear Prevalence and Correlation with Function and Co- Morbidities in Patients 65 Years and Older. *The Journal of Shoulder and Elbow Surgery,* 2008 Nov-Dec; 17 (6): 881-85.

18.   Samuelson EM, Cordero GX, **Fehringer EV.** Fracture of a Reverse Total Shoulder Arthroplasty Retentive Liner. *Orthopedics,* 2009 March; 32 (3): 211.

19.   **Fehringer EV,** Burns EM, Knierim A, Sun J, Apker KA, Berg RE. Radiolucencies Surrounding a Smooth-Stemmed Radial Head Component May Not Correlate with Forearm Pain or Poor Elbow Function. *The Journal of Shoulder and Elbow Surgery*, 2009 Mar-Apr; 18(2):275-8.

20.   **Fehringer EV**, Mikuls TR, Michaud KD, Henderson WG, & O'Dell JR. Shoulder Arthroplasties have Fewer Complications than Hip or Knee Arthroplasties in US Veterans. *Clinical Orthopaedics and Related Research,* 2010 March; 468(3):717-22.

21.   Arnold RA, **Fehringer EV.** Displaced Basal Coronoid Fracture and Fixation in a 7 Year Old: A Case Report and Review of the Literature. *Shoulder and Elbow* 2009 (1): 104-107. DOI: 10.1111/j.1758-5740.2009.00029.x

22.   Arnold RA, Weber JP, Sun J, **Fehringer EV.** Evaluation of a Cuff Tear Arthropathy Hemiprosthesis for the Treatment of Glenohumeral Arthritis in the Presence of a Chronic Rotator Cuff Tear. *Shoulder and Elbow* 2010 (2): 13-16. DOI: 10.1111/j.1758-5740.2010.00035.x

23.   **Fehringer EV,** Sun J, Cotton J, Carlson MJ, Burns EM. Healed Cuff Repairs Have Scores Equal to Untorn Shoulders in Those 65 Years and Older. *Clinical Orthopaedics and Related Research,* 2010 Jun; 468(6): 1521-5.

24.   Arnold RA, High RR, Grosshans KT, Walker CW, **Fehringer EV.** CT Evidence of Bone Incorporation Between Radial Fins of an Uncemented Glenoid Component Central Peg. *The Journal of Shoulder and Elbow Surgery*, 2011 March; 20(2): 315-21.

25.   Bormann K, Carlson MJ, Mormino MA, **Fehringer EV.** Anterior Plate Fixation of Humeral Shaft Fractures Yields Comparable Overall Upper Extremity Function but Poorer Shoulder Function Than Posterior Plate Fixation. *Shoulder and Elbow,* 2011 January 3(1): 22-27. DOI: 10.1111/j.1758-5740.2010.00100.x

26.   Ren K, Purdue E, Burton L, Chen F, **Fehringer EV,** Goldring S, Wang D. Early Detection and Treatment of Wear-Induced Inflammation and Bone Loss in a Mouse Calvarial Model Using HPMA Copolymer Conjugates. *Molecular Pharmaceutics* 2011 Aug 1;8(4):1043-51.

27.   Hatzidakis AM, Shevlin, MJ, Fenton D, Everett D, Nowinski RJ, **Fehringer EV**. Angular-Stable Locked Intramedullary Nailing of Two Part Surgical Neck Fractures of the Proximal Humerus. *The Journal of Bone and Joint Surgery-Am. 2*011 Dec 7:93(23): 2172-9.

28. Erpelding JM, High RR, Mailander AM, Mormino MA, **Fehringer EV.**  Outcomes Following Distal Humeral Fracture Fixation with an Extensor Mechanism-On Approach.  *The Journal of Bone and Joint Surgery-Am.* 2012 March 21; 94(6): 548-53.

29. Firestone DE, Arnold RM, **Fehringer EV.**  Two-Year Follow-up of Shoulder Hemiarthroplasty with a CTA Head for Cuff Tear Arthropathy.  *Shoulder and Elbow*, 2012 July 4(3): 174-178. DOI: 10.1111/j.1758-5740.2012.00187.x

30. Knierim AE, Bollinger AJ, Wirth, MA, **Fehringer EV.** Short, Locked Humeral Nailing Via Neviaser's Portal:  An Anatomic Study. *The Journal of Orthopaedic Trauma.*  2013 Feb; 27(2):63-7. doi: 10.1097/BOT.0b013e31825194ad. PMID: 22534686

31. Liu X-M, Zhang Y, Chen F, Khutsishvili I, **Fehringer EV**, Marky LA, Bayles KW, Wang D. Prevention of Orthopedic Device-associated Osteomyelitis Using Oxacillin-containing Biomineral-binding Liposomes.  *Pharmaceutical Research*, 2012 Nov; 29(11):3169-79. doi: 10.1007/s11095-012-0812-7.

32. Carter MJ, Mikuls TR, Nayak S, **Fehringer EV.** Michaud K.  A systematic review and meta-analysis of the impact of total shoulder arthroplasty on health-related quality of life." *The Journal of Bone and Joint Surgery-Am.* 2012 Sept 5; 94(17): e1271-9.

33. Erpelding JM, Mormino MA, **Fehringer EV.**  Distal Humeral Fracture Fixation with an Extensor Mechanism-On Approach.  *The Journal of Bone and Joint Surgery-Am. JBJS Essential Surgical Techniques* 2012 May 09; 2(2): 1-13. doi: 10.2106/JBJS.ST.K.00047

34. Dusad A, Chakkalakal DA, Namavar F, Haider H, Hanisch B, Duryee MJ, Diaz A, Rensch A, Zhang Y, Hess R, Thiele GM, **Fehringer EV.**  Titanium Implant With Nanostructured Zirconia Surface Promotes Maturation of Peri-Implant Bone in Osseointegration.  *Journal of Engineering in Medicine,* 2013 May; 227 (5): 510-522.  DOI: 10.1177/0954411913479300.

35. Michaud K, **Fehringer EV,** Garvin K, O Dell JR, Mikuls TR.  Rheumatoid Arthritis Patients Are Not at Increased Risk for 30-Day Cardiovascular Events, Infections or Mortality Following Total Joint Arthroplasty.  *Arthritis Res Ther.*  2013 Nov 20; 15(6): R195.  PMID: 24252350.

36. Ren K, Dusad A, Yuan F, Yuan H, Purdue PE, **Fehringer EV,** Garvin KL, Goldring SR, Wang D. Macromolecular prodrug of dexamethasone prevents particle-induced peri-implant osteolysis with reduced systemic side effects.  *J Control Release.* 2014 Feb 10;175:1-9. doi: 10.1016/j.jconrel.2013.11.024. PMID: 24326124.

37. Ren K, Dusad A, Zhang Y, Purdue PE, **Fehringer EV,** Garvin KL, Goldring SR, Wang D. Early Diagnosis of Orthopedic Implant Failure Using Macromolecular Imaging Agents. *Pharm Res.* 2014 Aug; 31(8):  2086-94. Doi:  10.1007/s11095-014-1310-x. PMID:  24590878.

38. Jia Z, Zhang Y, Chen YH, Dusad A, Yuan H, Ren K, Li F, **Fehringer EV**, Purdue PE, Goldring SR, Daluiski A, Wang D. Simvastatin prodrug micelles target fracture and improve healing. *J Control Release.*  2015 Feb 28;200: 23-34. Doi: 10.1016/j.conrel.2014.12.028.   PMID: 25542644.

39. Churchill RS, Spencer EE Jr, **Fehringer EV.**  Quantification of B2 glenoid morphology in Total Shoulder Arthroplasty.  *The Journal of Shoulder and Elbow Surgery*. 2015 Aug;24(8):1212-7. doi: 10.1016/j.jse.2015.01.007. PMID: 25745828.

40. Dilisio MF, May NR, Vincent SA, High RR, Walker CW, Manzer MN, Apker KA, **Fehringer EV.** The Association of Incomplete Glenoid Component Seating and Periprosthetic Glenoid

16

Radiolucencies After Total Shoulder Arthroplasty. *The Journal of Shoulder and Elbow Surgery.* 2016 Mar; 25(3): 442-7. doi: 10.1016/j.jse.2015.08.005. Epub 2015 Oct 9. PMID: 26456426.

41. Dilisio MF, Hatzidakis AM, Nowinski RJ, **Fehringer EV.** Intramedullary Nailing of the Proximal Humerus: Evolution, Technique and Results. *The Journal of Shoulder and Elbow Surgery.* 2016 Feb 16. pii: S1058-2746(15)00630-8. doi: 10.1016/j.jse.2015.11.016. [Epub ahead of print] PMID: 26895601.

42. Zhang Y, Jia Z, Yuan H, Dusad A, Ren K, Wei X, **Fehringer EV**, Purdue PE, Daluiski A, Goldring SR, Wang D. The Evaluation of Therpeutic Efficacy and Safety Profile of Simvastatin Prodrug Micelles in a Closed Fracture Mouse Model. *Pharm Res.* 2016 Aug; 33(8): 1959-71. Doi: 10.1007/s110995-016-1932-2. Epub 2016 May 10. PMID: 27164897.

43. Wei X, Li F, Zhao G, Chhonker YS, Averill CE, Galdamez J, Purdue PE, Wang X, **Fehringer EV,** Garvin KL, Goldring SR, Alnouti Y, Wang D. Pharmacokinetic and biodistribution studies of HPMA copolymer conjugates in an aseptic implant loosening mouse model. Mol Pharm. 2017 Mar 25. doi: 10.1021/acs.molpharmaceut.7b00045. [Epub ahead of print] PMID: 28343392.

44. **Fehringer EV**, Dilisio MF, Greco CE, Fleming SM, Brezenski JA, High RR. Changing Body Movement Patterns in 9-Year Old Baseball Throwers: A Pilot Study. *Orthop J Sports Med.* 2017 Jun 28;5(6):2325967117713023. doi: 10.1177/2325967117713023. eCollection 2017 Jun. PMID: 28695140.

45. Liu Y, Jia Z, Akhter MP, Gao X, Wang X, Wang X, Zhao G, Wei X, Zhou Y, Wang X, Hartman CW, **Fehringer EV**, Cui L, Wang D. Bone-targeting liposome formulation of Salvianic acid accelerates the healing of delayed fracture Union in Mice. *Nanomedicine.* 2018 Aug 1. pii: S1549-9634(18)30501-X. doi: 10.1016/j.nano.2018.07.011. [Epub ahead of print] PMID: 30076934

46. Matsen FA 3rd, Iannotti JP, Churchill RS, De Wilde L, Edwards TB, Evans MC, **Fehringer EV**, Groh GI, Kelly JD 2nd, Kilian CM, Merolla G, Norris TR, Porcellini G, Spencer EE Jr, Vidil A, Wirth MA, Russ SM, Neradilek M, Somerson JS. One and two-year clinical outcomes for a polyethylene glenoid with a fluted peg: one thousand two hundred seventy individual patients from eleven centers. *Int Ortho*p. 2018 Dec 3. doi: 10.1007/s00264-018-4213-3. [Epub ahead of print]. PMID: 30511283

47. Pinto MC, Archie AT, Mosher ZA, Ransom EF, McGwin G, **Fehringer EV**, Brabston EW 3rd, Ponce BA. *J Shoulder Elbow Surg.* 2019 Aug;28(8): 1595-1600. doi:10.1016/j.jse.2019.01.015. PMID: 30982698.

48. Brabston EW, **Fehringer EV,** Owen MT, Ponce BA. Stemless Humeral Implants in Total Shoulder Arthroplasty. *J Am Acad Orthop Surg.* 2019 Dec 17. doi: 10.5435/JAAOS-D-16-00747. [Epub ahead of print] PMID: 31860584

**B. Book Chapters**

1. **Fehringer EV:** Arthritis, Arthroplasty, & Arthrodesis of the Shoulder. In Orthopedics Secrets, 2nd edition, Brown, D.E., & Neumann, R.D. (eds). Hanley & Belfus, Inc., Philadelphia, PA: pp. 101 106, 1999.

2. **Fehringer EV:** Arthritis of the Elbow. In Orthopedics Secrets, 2nd edition, Brown, D.E., & Neumann, R.D. (eds). Hanley & Belfus, Inc., Philadelphia, PA: pp. 130-134, 1999.

3. **Fehringer EV,** Matsen FA III:  Open Repair for Recurrent Traumatic Anterior Instability.  In Surgical Techniques for the Shoulder and Elbow, Barber, F.A., & Fischer, S. (eds.), Thieme, New York, NY, 2003.

4. **Fehringer EV:**  Arthritis, Arthroplasty, & Arthrodesis of the Shoulder.  In Orthopedics Secrets, 3rd edition, Brown, D.E., & Neumann, R.D. (eds).  Hanley & Belfus, Inc., Philadelphia, PA, 2004.

5. **Fehringer EV:**  Arthritis of the Elbow. In Orthopedics Secrets, 3rd edition, Brown, D.E., & Neumann, R.D. (eds).  Hanley & Belfus, Inc., Philadelphia, PA, 2004.

6. **Fehringer EV,** Matsen FA III:  Chapter 2:  Shoulder Arthroplasty Outcomes.  In Shoulder Arthroplasty, Complex Issues in the Primary and Revision Setting. Fealy SW, Sperling JW, Warren RF, Craig EV, (eds).  Thieme Publishers, New York, NY, pp. 10-13, 2008.

7. Matsen FA III, **Fehringer EV,** Lippitt SB, Wirth, MA, and Rockwood CA Jr.: Rotator Cuff, Chapter 15.  In The Shoulder, 4th edition, Rockwood CA Jr., Matsen FA III, Wirth MA, and Lippitt SB, (eds).  Saunders, Philadelphia, PA, 2009.

**C.  Other Publications in Non-Refereed Journals**

1. **Fehringer EV,** Churchill RS, Boorman RS, Smith KL, and Matsen FA III.   Indications and Applications of Hand-Carried Ultrasound for the Orthopaedic Shoulder Surgeon.  www.sonosite.com/clinical_article_orthopaedic.html

2. Boorman RS, Kopjar B, **Fehringer EV,** Churchill RS, Smith KL, and Matsen FA III:  The Quality of Life Outcomes Following Total Shoulder Arthroplasty are Comparable to Those of Total Hip Arthroplasty and Coronary Artery Bypass Grafting. *The University of Washington Department of Orthopaedics and Sports Medicine 2002 Research Report:*  35-37.

3. **Fehringer EV:**  Open Bankart Repair for Traumatic Anterior Shoulder Instability. Published in the *Varsity View* Magazine, 2002.

15. **PRESENTATIONS:**

**A.  Authored**

1. **Fehringer EV,** Tiedeman JJ, and McCarthy JA.  Bilateral Endoscopic Carpal Tunnel Releases: Simultaneous Versus Staged Operative Intervention.  Presented at American Orthopaedic Residents Meeting.  Sacramento, CA.  February 1998.

2. **Fehringer EV,** Tiedeman JJ, and McCarthy JA.  Bilateral Endoscopic Carpal Tunnel Releases: Simultaneous Versus Staged Operative Intervention.  Presented at Mid America Orthopaedic Association Meeting- Southampton, Bermuda, April 1999.

3. **Fehringer EV,** Kopjar B, Boorman RS, Churchill RS, and Matsen FA III. Characterizing the Functional Improvement After Total Shoulder Arthroplasty for Osteoarthritis.  Presented at the inaugural Douglas T. Harryman II Shoulder and Elbow Society Meeting, July 16-20, 2001.

4. **Fehringer EV,** Schmidt GR, Boorman RS, Churchill RS, Smith KL, Norman AG, Sidles JA, and Matsen FA III.  The Anteroinferior Labrum Helps Center the Humeral Head on the Glenoid.  Presented at the inaugural Douglas T. Harryman II Shoulder and Elbow Society Meeting, July 16-20, 2001.

5. **Fehringer EV,** Kopjar B, Boorman RS, Churchill RS, and Matsen FA III.  The Effect of Expressions of Depression on the Outcome of Total Shoulder Arthroplasty. Presented at the inaugural Douglas T. Harryman II Shoulder and Elbow Society Meeting. July 16-20, 2001.

6.   **Fehringer EV,** Kopjar B, Boorman RS, Churchill RS, and Matsen FA III.  Characterizing the Functional Improvement After Total Shoulder Arthroplasty for Osteoarthritis.  Paper No. 152:  Podium presentation at the American Academy of Orthopaedic Surgeons 69th annual meeting- Dallas, TX; February 13-17, 2002.

7.   **Fehringer EV,** Schmidt GR, Boorman RS, Churchill RS, Norman AG, Smith KL, Sidles JA, Matsen FA III.  The Anteroinferior Labrum Helps Center the Humeral Head on the Glenoid.  Poster S-21: Electronic poster presentation at the Arthroscopy Association of North America's annual meeting.  Washington, D.C.; April 25-28, 2002.

8.   **Fehringer EV,** Churchill RS, Boorman RS, Dubinsky T, and Matsen FA III.   Orthopaedic Surgeon-directed Rotator Cuff Ultrasonography in a Clinical Practice.  Presented at the 49th annual Mid-Central States Orthopaedic Society meeting- Omaha, NE; June 9, 2002.

9.   **Fehringer EV,** McCarthy JA, Skowron Lomneth C, Browdy JA, Gross RM, Churchill RS.  Ultrasound-Guided Injection of the Long Head of the Biceps Tendon: A Selective Technique?  Presented at the 2nd Annual Douglas T. Harryman II Shoulder and Elbow Society Meeting, July 22-24, 2002.

10.   **Fehringer EV.**  Complex Elbow Dislocations:  Two Relatively Uncommon Variants and Their Short-Term Follow-Up.  Presented at the 2nd Annual Douglas T. Harryman II; Shoulder and Elbow Society Meeting, July 22-24, 2002.

11.   **Fehringer EV,** Schmidt GR, Boorman RS, Churchill RS, Smith KL, Norman AG, Sidles JA, and Matsen FA III.  The Anteroinferior Labrum Helps   Center the Humeral Head on the Glenoid.  Presented at the Creighton University/University of Nebraska Health Foundation Orthopaedic Surgery Residency 2003 Graduation as part of a Shoulder Symposium.  Omaha, NE; June 28, 2003.

12.   **Fehringer  EV,** Kopjar, B, Boorman RS, Churchill RS, and Matsen FA III.  Characterizing the Functional Improvement After Total Shoulder Arthroplasty for Osteoarthritis. Presented at the Creighton University/University of Nebraska Health Foundation Orthopaedic Surgery Residency 2003 Graduation as part of a Shoulder Symposium.  Omaha, NE; June 28, 2003.

13.   **Fehringer EV.**  Full Thickness Rotator Cuff Tear Prevalence and Correlation with Shoulder Function in Patients 65 Years and Older:  a Preliminary Report.  Poster presentation at the The American Geriatric Society's 2005 Annual Scientific Meeting:  4th annual meeting of the Section on Surgical and Related Medical Specialties; Orlando, FL; May 11-15, 2005.

14.   **Fehringer EV,** VanOeveren LS, Sun J.  Full Thickness Rotator Cuff Tear Prevalence and Correlation with Shoulder Function in Patients 65 Years and Older.  Poster # C129 at the American Geriatric Society's 2006 Annual Scientific Meeting; Chicago, IL; May 3-7, 2006.

15.   **Fehringer EV,** VanOeveren LS, Sun J. Cuff Tear Prevalence Increases With Age And Correlates With Poorer Function In Those 65 And Older. Poster # P319 at the 75th Annual Meeting of the American Academy of Orthopaedic Surgeons; San Francisco, CA; March 5-9, 2008.

16.   Carlson MJ, Sun J, Cotton J, Burns EM, **Fehringer EV.**   Healed Cuff Repairs Have Scores Equal to Normal Shoulders in Those 65 Years and Older. Podium presentation at the American Shoulder and Elbow Surgeons 2009 Closed meeting; New York, NY; October 25-27, 2009.

17.   Arnold RA, High RR, Grosshans KT, Walker CW, **Fehringer EV.**  CT Evidence of Bone Incorporation Between Radial Fins of an Uncemented Glenoid Component Central Peg.  Poster # 72 at the American Orthopaedic Association's 123rd annual meeting; San Diego, CA, June 9-12, 2010.

18.  **Fehringer EV.**  The Gold Standard:  Radiographic and Intra-operative Evaluation.  Lecture as part of Symposium M:  Hot Topics and Controversies in Primary Shoulder Arthroplasty as part of the AAOS's 77th annual meeting- San Diego, CA; 2/17/2011.

19.  Erpelding JM, High RR, Mailander AM, Mormino MA, **Fehringer EV.**  Outcomes Following Distal Humeral Fracture Fixation with an Extensor Mechanism-On Approach.  E-poster presentation at the American Shoulder and Elbow Surgeons 2011 Closed Meeting; White Sulfur Springs, WV, October 12-15, 2011.

20.  May NR, Vincent SA, High RR, Walker CW, Manzer MN, Apker KA, **Fehringer EV.** Less Than 100% Bone Support May Not Be Associated With Radiolucencies With a Partially Cemented Glenoid Component.  E-poster presentation at the American Shoulder and Elbow Surgeons 2011 Closed Meeting; White Sulfur Springs, WV, October 12-15, 2011.

**B.  Co-authored**

1.  Boorman RS, Woodhouse E, Churchill RS, **Fehringer EV,** Smith KL, Matsen FA III.  Morphing of Polyethylene Glenoid Components With *In Vivo* Use.  Presented at the inaugural Douglas T. Harryman II Shoulder and Elbow Society Meeting, July 16-20, 2001.

2.  Boorman RS, Kopjar B, **Fehringer EV,** Churchill RS, Smith KL, Matsen FA III. Total Shoulder Arthroplasty Improves Patient Self-Assessed Health Status Comparable to Other Orthopaedic and Non-Orthopaedic Surgical Procedures. Presented at the inaugural Douglas T. Harryman II Shoulder and Elbow Society Meeting, July 16-20, 2001.

3.  Churchill RS, Kopjar B, **Fehringer EV,** Boorman RS, Matsen FA III.  Humeral Component Modularity May Not Be An Important Factor in the Outcome of Total Shoulder Arthroplasty. Presented at the inaugural Douglas T. Harryman II Shoulder and Elbow Society Meeting, July 16-20, 2001.

4.  Churchill RS, Boorman RS, **Fehringer EV,** Matsen FA III.  Glenoid Cementing May Generate Sufficient Heat to Endanger the Surrounding Bone. Presented at the inaugural Douglas T. Harryman II Shoulder and Elbow Society Meeting, July 16-20, 2001.

5.  Boorman RS, Kopjar B, **Fehringer EV,** Churchill RS, Smith KL, Matsen, FA III.  Total Shoulder Arthroplasty Improves Patient Self-Assessed Health Status Comparable to Other Orthopaedic and Non-Orthopaedic Surgical Procedures.  Presented at the inaugural Douglas T. Harryman II Shoulder and Elbow Society Meeting, July 16-20, 2001.

6.  Mahoney CR, **Fehringer EV,** Garvin KL.  Clinical and Radiographic Results in Impaction Grafting of the Femur in Hip Revision:  2-6.5 year results (avg. 4). Presented Hip Society Meeting- Boston, MA; September 2000.

7.  Mahoney CR, **Fehringer EV,** Garvin KL.  Clinical and Radiographic Results in Impaction Grafting of the Femur in Hip Revision:  3-7.5 year results (avg. 5). Presented at the Mid America Orthopaedic Association Meeting- Amelia Island, Florida; April 18-22, 2001.

8.  Boorman RS, Kopjar B, **Fehringer E.V,** Churchill RS, Smith KL, Matsen, FA III.  Total Shoulder Arthroplasty Improves Patient Self-Assessed Health Status Comparable to Other Orthopaedic and Non-Orthopaedic Surgical Procedures.  Accepted as <u>poster</u> P316 for American Academy of Orthopaedic Surgeons 69th annual meeting-Dallas, TX; February 13-17, 2002.

9.  Gross RM, McCarthy JA, Skowron Lomneth C, **Fehringer EV.**  Cemented Glenoid Fixation with the 'Weep Hole' Technique.  Presented at the 2nd Annual DouglasT. Harryman II Shoulder and

Elbow Society Meeting, July 22-24, 2002.

10. Prince EJ, Breien KE, **Fehringer EV,** and Mormino MA. The Relationship of Proximal Locking Screws to the Axillary Nerve During Antegrade Insertion of Four Commercially Available Humeral Nails. Poster presentation at the *Mid-America Orthopaedic Association 22nd Annual Meeting*; La Quinta, CA, April 14-18, 2004.

11. Prince EJ, Breien KE, **Fehringer EV,** and Mormino, MA. The Relationship of Proximal Locking Screws to the Axillary Nerve During Antegrade Insertion of Four Commercially Available Humeral Nails. Poster presentation at the *Orthopaedic Trauma Association's 20th Annual Meeting*; Hollywood/Fort Lauderdale, FL, October 8-10, 2004.

12. **Fehringer EV,** Buck DC, Clare DJ, Clare PE, Puumula SE.  Open Anterior Repair Without Routine Capsulorraphy for Traumatic Anterior Shoulder Instability by a Community Surgeon. Presented at the Mid-America Orthopaedic Association's 23rd annual meeting; Amelia Island, FL; April 20-24, 2005.

13. **Fehringer EV,** Tarkin IS, Mormino MA.  Combined Simultaneous Anterior and Posterior Approaches to the Shoulder in the Beach Chair Position for Complex Fractures: A Technique.  Poster presentation #42 at the Mid-America Orthopaedic Association's 23rd annual meeting; Amelia Island, FL; April 20-24, 2005.

14. Rosipal CE, Rhodes DA, Feschuk CA, Lauder AJ, Jaksha JA, Mormino MA, Puumala SE, **Fehringer EV.**  The Acromiohumeral Interval is Affected by Arm Position With Plain Radiography in Healthy Young Volunteers Without Shoulder Symptoms.  Presented at the Mid-America Orthopaedics Association's 24th annual meeting as paper no. 42; San Antonio, TX; April 20, 2006.

15. Michaud K, Mikuls TR, O'Dell JR, Garvin KL, **Fehringer EV,** Wolfe F.  The Impact of Total Knee Replacement on Patient-Reported Pain and Health-Related Quality of Life in Subjects with Rheumatoid Arthritis.  Poster Presentation at the American College of Rheumatology's annual meeting; Boston MA, 11/07.

16. Burns EM, Knierim A, Sun, J, Apker KA, Berg RE, **Fehringer EV.**  Radial Head Replacement Stem Loosening and Its Association with Forearm Symptoms. Poster # P320 at the 75th Annual Meeting of the American Academy of Orthopaedic Surgeons; San Francisco, CA; March 5-9, 2008.

17. Hartman C, Haider H, Branting N, Mormino MA, **Fehringer EV.**  ORS2009-3372. Unicortical locking screws provide comparable rigidity to standard screws in clavicle fixation.  Poster #1536 at the 55th Annual Meeting of the Orthopaedic Research Society; Las Vegas, NV; February 22-25, 2009.  Poster Session 46 Trauma.

18. Arnold RA, Weber JP, Sun J, **Fehringer EV**.  Pre-op Elevation Predicts Post-op Elevation in CTA Hemiathroplasty for Shoulders Without Escape.  Paper No. 560, presented at the American Academy of Orthopaedic Surgeons' 2009 Annual Meeting.  February 27, 2009; Las Vegas, NV.

19. Hartman C, Haider H, Branting N, Mormino MA, **Fehringer EV.**  ORS2009-3372. Unicortical locking screws provide comparable rigidity to standard screws in clavicle fixation.  Podium presentation at the Mid-America Orthopaedic Association's 27th annual meeting; Amelia Island, FL; April 22-26, 2009.

20. Arnold RA, Weber JP, Sun J, **Fehringer EV**.  Pre-op Elevation Predicts Post-op Elevation in CTA Hemiathroplasty for Shoulders Without Escape. Podium presentation at the Mid-America Orthopaedic Association's 27th annual meeting; Amelia Island, FL; April 22-26, 2009.

21. Carlson MJ, Sun J, Cotton J, Burns EM, **Fehringer EV.**   Healed Cuff Repairs Have Scores Equal to Normal Shoulders in Those 65 Years and Older. Podium presentation at the Mid-America Orthopaedic Association's 27th annual meeting; Amelia Island, FL; April 22-26, 2009.

22. Shevlin MJ, Hatzidakis AM, Nowinski RJ, **Fehringer EV**.  Clinical and Radiographic Outcomes Following ORIF of 2-part Surgical Neck Proximal Humerus Fractures with a Short, Locked Nail. Podium presentation at the Mid-America Orthopaedic Association's 27th annual meeting; Amelia Island, FL; April 22-26, 2009.

23. Namavar F, Sabirianov RF, Jackson JD, Sharp JG, Gustafson T, Namavar RM, Haider H, **Fehringer EV,** and Garvin KL.  Biocompatibility of Engineered Nanostructures:  Does Electrostatic and Steric Complementarity Between Designer Surface and Cells Enhance Adhesion and Growth? 12th seminar & meeting on: Surface-Reactive Biomaterials with Cells and Tissues; May 19-22, 2009, Faenza, Italy.

24. Arnold RA, High RR, Grosshans KT, Walker CW, **Fehringer EV.**  CT Evidence of Bone Incorporation Between Radial Fins of an Uncemented Glenoid Component Central Peg.  Paper No. 174, presented at the American Academy of Orthopaedic Surgeons' 76th annual meeting, New Orleans, LA; March 10, 2010.

25. Carlson MJ, Sun J, Cotton J, Burns EM, **Fehringer EV.**  Healed Cuff Repairs Have Scores Equal to Normal Shoulders in Those 65 Years and Older. Podium presentation at the American Shoulder and Elbow Surgeons 2010 26th annual Open meeting (Specialty Day); New Orleans, LA; March 13, 2010.

26. Arnold RA, High RR, Grosshans KT, Walker CW, **Fehringer EV.**  CT Evidence of Bone Incorporation Between Radial Fins of an Uncemented Glenoid Component Central Peg.  Paper No. 91 at the Mid-America Orthopaedic Association's 28th annual meeting; Austin TX, April 23, 2010.

27. Erpelding JM, High RR, Mailander AM, Mormino MA, **Fehringer EV.**  Outcomes Following Distal Humeral Fracture Fixation with an Extensor Mechanism-On Approach.  Paper No. 169 at the Mid-America Orthopaedic Association's 28th annual meeting; Austin TX, April 24, 2010.

28. Bormann K, Carlson MJ, Mormino MA, **Fehringer EV.**  Anterior Plate Fixation of Humeral Shaft Fractures Yields Comparable Overall Upper Extremity Function but Poorer Shoulder Function Than Posterior Plate Fixation. Paper No. 139 at the Mid-America Orthopaedic Association's 28th annual meeting; Austin TX, April 24, 2010.

29. Ren K, Purdue E, Burton L, Chen F, **Fehringer EV,** Goldring S, Wang D**.**  Early Detection and Therapeutic Intervention of Peri-prosthetic Inflammation and Osteolysis Using HPMA Copolymer Conjugates.  Presented as podium presentation #191 at the Orthopaedic Research Society's 56th Annual Meeting, New Orleans, LA; March 6-9, 2010.

30. Hatzidakis AM, Shevlin MJ, Everett D, Fenton D, Nowinski RJ, Fehringer EV.  Angular-Stable Locked Intrameduallary Nailing of Two Part Surgical Neck Fractures of the Proximal Humerus: A Retrospective Multicenter Study.  Oral presentation at the 11th International Congress on Shoulder and Elbow; Edinburgh, UK; September 6, 2010.

31. Carter MJ, Mikuls TR, Michaud K, Nayak S, **Fehringer EV.**  A systematic review and meta-analysis of the impact of total shoulder Arthroplasty on health-related quality of life." The 2010 American College of Rheumatology (ACR)/Association of Rheumatology Health Professionals (ARHP) Annual Scientific Meeting.  Poster Presentation number 168; Atlanta, GA; November 6 - 11, 2010.

32. Samuelson E, Haider H, Carlson T, Hatzidakis AM, Ratron YA, **Fehringer EV**. Angular Stable Intramedullary Nail Versus Locking Plate Fixation of Osteoporotic Surgical Neck Proximal Humerus Fractures: A Biomechanical Comparison.  Poster #1519 at the Orthopaedic Research Society's 57th Annual Meeting in Long Beach, California, January 13-16, 2011.

33. Cordero GX, Daccarett MS, **Fehringer EV,** Siska P, Evans A, Sands S, Mormino MA, Tarkin IS. Operative Treatment of Extra-articular Distal Humerus Fractures Utilizing Single Column Plating. Poster #101 at the Orthopaedic Trauma Association's (OTA's) Annual Meeting, October 12-15, 2011, San Antonio, TX.

35. Dusad A, Chakkalakal D, Namavar F, Haider H, Thiele G, Hanisch B; Duryee M, Diaz A, Rensch A, Zhang Y, Hess R, **Fehringer E.** Nanomaterial-Coated Implants for Joint Replacement in Elderly Patients.  Poster # 1967 at the Orthopaedic Research Society's 58th annual meeting in San Francisco, CA, February 4-7, 2012.

36. May NR, Vincent SA, High RR, Walker CW, Manzer MN, Apker KA, **Fehringer EV.** Less Than 100% Bone Support May Not Be Associated With Radiolucencies With a Partially Cemented Glenoid Component.  Poster presentation at the American Academy of Orthopaedic Surgeons 78th annual meeting; San Francisco, CA, February 7-11, 2012.

37. **Fehringer EV**, Dilisio MF, Greco CE, Fleming SM, Brezenski JA, High RR.  Changing Body Movement Patterns in 9-Year Old Baseball Throwers:  A Pilot Study.  Paper #92 at the Mid-America Orthopaedic Association's 35th annual meeting in Amelia Island, FL; April 19-23, 2017.

38. Pinto MC, Hudson P, Ransom E, **Fehringer EV**, Brabston EW, Ponce BA.  Radiographic Comparison of Stemmed and Stemless Shoulder Arthroplasty. Presented as a poster at the 2018 AOA's annual leadership meeting in Boston, MA; June 27-30, 2018

39. Pinto MC, Ransom E, Archie T, Hudson P**, Fehringer EV,** Brabston EW, Ponce BA.  Radiographic Comparison of Stemmed and Stemless Shoulder Arthroplasty.  Podium presentation at the Mid-America Orthopedic Association's 36th Annual Meeting in San Antonio, TX; April 18-22, 2018

40. Teusink MJ, Porter NE, Manzer M, McGill T, Lyden E, **Fehringer EV.**  10 year thin-cut CT follow-up of total shoulders with a partially cemented all polyethylene glenoid.  Poster at the American Academy of Orthopaedic Surgeons' (AAOS) 85th annual meeting; Las Vegas, NV; March 12-16, 2019.

41. Teusink MJ, Porter NE, Manzer M, McGill T, Lyden E, **Fehringer EV.**  10 year thin-cut CT follow-up of total shoulders with a partially cemented all polyethylene glenoid.  Podium presentation at the Mid-America Orthopaedic Association's 37th annual meeting in Miramar Beach, FL; April 10-14, 2019.

42. Matsen III, FA, et al. inc**l. Fehringer EV.**  One and Two Year Clinical Outcomes for a Standard All-Polyethylene Glenoid Component with a Fluted Central Peg:  Analysis of 1270 Individual Patients from 11 Different Centers.  Podium Presentation at the 2019 American Shoulder and Elbow Surgeons' Specialty Day (annual Open meeting); Lax Vegas, NV; March 16, 2019.

16. **ABSTRACTS:**

1. **Fehringer EV,** Tiedeman JJ, and McCarthy JA.  Bilateral Endoscopic Carpal Tunnel Releases: Simultaneous Versus Staged Operative Intervention.  *Orthopaedic Transactions*, 1998.

2. **Fehringer EV,** Kopjar B, Boorman RS, Churchill RS, and Matsen FA III.  Characterizing the Functional Improvement After Total Shoulder Arthroplasty for Osteoarthritis.  The Turnbull Proceedings:  2001 Douglas T. Harryman II Shoulder and Elbow Society Meeting,

23

July 16-20, 2001.

3.  **Fehringer EV,** Schmidt GR, Boorman RS, Churchill RS, Smith KL, Norman AG, Sidles JA, and Matsen FA III.  The Anteroinferior Labrum Helps Center the Humeral Head on the Glenoid.  The Turnbull Proceedings:  2001 Douglas T. Harryman II Shoulder and Elbow Society Meeting, July 16-20, 2001.

4.  **Fehringer EV,** Kopjar B, Boorman RS, Churchill RS, and Matsen FA III.  The Effect of Expressions of Depression on the Outcome of Total Shoulder Arthroplasty.  The Turnbull Proceedings:  2001 Douglas T. Harryman II Shoulder and Elbow Society Meeting, July 16-20, 2001.

5.  Boorman RS, Woodhouse E, Churchill RS, **Fehringer EV,** Smith KL, Matsen FA III.  Morphing of Polyethylene Glenoid Components With *In Vivo* Use.  The Turnbull Proceedings:  2001 Douglas T. Harryman II Shoulder and Elbow Society Meeting, July 16-20, 2001.

6.  Boorman RS, Kopjar B, **Fehringer EV,** Churchill RS, Smith KL, Matsen FA III. Total Shoulder Arthroplasty Improves Patient Self-Assessed Health Status Comparable to Other Orthopaedic and Non-Orthopaedic Surgical Procedures.  The Turnbull Proceedings:  2001 Douglas T. Harryman II Shoulder and Elbow Society Meeting, July 16-20, 2001.

7.  Churchill RS, Kopjar B, **Fehringer EV,** Boorman RS, Matsen FA III.  Humeral Component Modularity May Not Be An Important Factor in the Outcome of Total Shoulder Arthroplasty. The Turnbull Proceedings:  2001 Douglas T. Harryman II Shoulder and Elbow Society Meeting, July 16-20, 2001.

8.  Churchill RS, Boorman RS, **Fehringer EV,** Matsen FA III.  Glenoid Cementing May Generate Sufficient Heat to Endanger the Surrounding Bone.  The Turnbull Proceedings:  2001 Douglas T. Harryman II Shoulder and Elbow Society Meeting, July 16-20, 2001.

9.  **Fehringer EV,** Kopjar B, Boorman RS, Churchill RS, and Matsen FA III.  Characterizing the Functional Improvement after Total Shoulder Arthroplasty for Osteoarthritis.  Paper No. 152: Proceedings- American Academy of Orthopaedic Surgeons' 69th annual meeting- Dallas, TX; February 13-17, 2002.

10. Boorman RS, Kopjar B, **Fehringer EV,** Churchill RS, Smith KL, Matsen, FA III.  Total Shoulder Arthroplasty Improves Patient Self-Assessed Health Status Comparable to Other Orthopaedic and Non-Orthopaedic Surgical Procedures. Poster number 316:  Proceedings- American Academy of Orthopaedic Surgeons' 69th annual meeting-Dallas, TX; February 13-17, 2002.

11. **Fehringer EV,** McCarthy JA, Skowron Lomneth C, Browdy JA, Gross RM, Churchill RS. Ultrasound-Guided Injection of the Long Head of the Biceps Tendon: A Selective Technique? The Turnbull Proceedings:  2002 Douglas T. Harryman II Shoulder and Elbow Society Meeting, July 22-24, 2002.

12. **Fehringer EV.**  Complex Elbow Dislocations:  Two Relatively Uncommon Variants and Their Short-Term Follow-Up.  The Turnbull Proceedings:  2002 Douglas T. Harryman II Shoulder and Elbow Society Meeting, July 22-24, 2002.

13. Gross RM, McCarthy JA, Skowron Lomneth C, **Fehringer EV.**  Cemented Glenoid Fixation with the "Weep Hole" Technique.  The Turnbull Proceedings:  2002  Douglas T. Harryman II Shoulder and Elbow Society Meeting, July 22-24, 2002.

14. **Fehringer EV,** Buck DC, Clare DJ, Clare PE.  Open Anterior Repair Without Routine Capsulorraphy for Traumatic Anterior Shoulder Instability by a Community Surgeon. Published in

the Mid-America Orthopaedic Association's 23rd annual meeting proceedings; Amelia Island, FL; April 20-24, 2005.

15. **Fehringer EV,** Tarkin IS, Mormino MA.  Combined Simultaneous Anterior and Posterior Approaches to the Shoulder in the Beach Chair Position for Complex Fractures:  A Technique. Published as a poster abstract at the Mid-America Orthopaedic Association's 23rd annual meeting; Amelia Island, FL; April 20-24, 2005.

16. **Fehringer EV.**  Full Thickness Rotator Cuff Tear Prevalence and Correlation with   Shoulder Function in Patients 65 Years and Older:  a Preliminary Report.  Published in 'Surgical Issues in Older Adults:  Research Updates from the Specialties and Clinical Case-Based Discussions' as part of the 4th annual meeting of the Section for Surgical and Related Medical Specialties at the American Geriatric Society's 2005 Annual Scientific Meeting; Orlando, FL; May 11-15, 2005.

17. Rosipal CE, Rhodes DA, Feschuk, CA, Lauder AJ, Jaksha JA, Mormino MA, Puumala, SE, **Fehringer EV.**  The Acromiohumeral Interval is Affected by Arm Position With Plain Radiography in Healthy Young Volunteers Without Shoulder Symptoms.  Published in the Mid-America Orthopaedics Association's 24th annual meeting proceedings; San Antonio, TX; April 2006.

18. **Fehringer EV,** VanOeveren LS, Sun J.  Full Thickness Rotator Cuff Tear Prevalence and Correlation with Shoulder Function in Patients 65 Years and Older.  Published in the American Geriatric Society's 2006 Annual Scientific Meeting Abstract Book, Volume 54, Number 4, Supplement S1-S230; April 2006.

19. **Fehringer EV,** VanOeveren LS, Sun J.  Full Thickness Rotator Cuff Tear Prevalence and Correlation with Shoulder Function in Patients 65 Years and Older.  Published in Insights into the Difficult World of Surgery for Older Adults as part of the 5th annual meeting of the Section for Surgical and Related Medical Specialties of the American Geriatrics Society's 2006 annual scientific meeting; Chicago, IL; May 3-7, 2006.

20. Burns EM, Knierim A, Sun, J, Apker KA, Berg RE, **Fehringer EV.**  Radial Head Replacement Stem Loosening and Its Association with Forearm Symptoms. Poster # P320: Proceedings-American Academy of Orthopaedic Surgeons' 2008 Annual Meeting; San Francisco, CA; March 5-9, 2008.

21. **Fehringer EV,** VanOeveren LS, Sun J. Cuff Tear Prevalence Increases With Age And Correlates With Poorer Function In Those 65 And Older. Poster # P319: Proceedings- American Academy of Orthopaedic Surgeons' 2008 Annual Meeting; San Francisco, CA; March 5-9, 2008.

22. Arnold RA, Weber JP, Sun J, **Fehringer EV**.  Pre-op Elevation Predicts Post-op Elevation in CTA Hemiathroplasty for Shoulders Without Escape.  Paper No. 560:  Proceedings- American Academy of Orthopaedic Surgeons' 2009 Annual Meeting.  February 27, 2009; Las Vegas, NV.

23. Hartman C, Haider H, Branting N, Mormino MA, **Fehringer EV.**  ORS2009-3372. Unicortical locking screws provide comparable rigidity to standard screws in clavicle fixation. Published in the proceedings of the Mid-America Orthopaedic Association's 27th annual meeting; Amelia Island, FL; April 22-26, 2009.

24. Arnold RA, Weber JP, Sun J, **Fehringer EV**.  Pre-op Elevation Predicts Post-op Elevation in CTA Hemiathroplasty for Shoulders Without Escape. Published in the proceedings of the Mid-America Orthopaedic Association's 27th annual meeting; Amelia Island, FL; April 22-26, 2009.

25. Carlson MJ, Sun J, Cotton J, Burns EM, **Fehringer EV.**  Healed Cuff Repairs Have Scores Equal to Normal Shoulders in Those 65 Years and Older. Published in the proceedings of the Mid-

America Orthopaedic Association's 27th annual meeting; Amelia Island, FL; April 22-26, 2009.

26. Shevlin MJ, Hatzidakis AM, Nowinski RJ, **Fehringer EV**.  Clinical and Radiographic Outcomes Following ORIF of 2-part Surgical Neck Proximal Humerus Fractures with a Short, Locked Nail.  Published in the proceedings of the Mid-America Orthopaedic Association's 27th annual meeting; Amelia Island, FL; April 22-26, 2009.

27. Arnold RA, High RR, Grosshans KT, Walker CW, **Fehringer EV**.  CT Evidence of Bone Incorporation Between Radial Fins of an Uncemented Glenoid Component Central Peg.  Paper No. 174:  Proceedings- American Academy of Orthopaedic Surgeons' 2010 annual meeting, New Orleans, LA; March 10, 2010.

28. Arnold RA, High RR, Grosshans KT, Walker CW, **Fehringer EV**.  CT Evidence of Bone Incorporation Between Radial Fins of an Uncemented Glenoid Component Central Peg.  Published in the proceedings of the Mid-America Orthopaedic Association's 28th annual meeting; Austin TX, April 2010.

29. Erpelding JM, High RR, Mailander AM, Mormino MA, **Fehringer EV.**  Outcomes Following Distal Humeral Fracture Fixation with an Extensor Mechanism-On Approach. Published in the proceedings of the Mid-America Orthopaedic Association's 28th annual meeting; Austin TX, April 2010.

30. Bormann K, Carlson MJ, Mormino MA, **Fehringer EV.**  Anterior Plate Fixation of Humeral Shaft Fractures Yields Comparable Overall Upper Extremity Function but Poorer Shoulder Function Than Posterior Plate Fixation. Published in the proceedings of the Mid-America Orthopaedic Association's 28th annual meeting; Austin TX, April 2010.

31. Arnold RA, High RR, Grosshans KT, Walker CW, **Fehringer EV**.  CT Evidence of Bone Incorporation Between Radial Fins of an Uncemented Glenoid Component Central Peg.  Abstract #72 at http://www.aoassn.org/2010Abstracts.asp. after the American Orthopaedic Association's (AOA) 123rd annual meeting; San Diego, CA, June 9-12, 2010.

32. May NR, Vincent SA, High RR, Walker CW, Manzer MN, Apker KA, **Fehringer EV.** Less Than 100% Bone Support May Not Be Associated With Radiolucencies With a Partially Cemented Glenoid Component.  Published in the Proceedings- American Academy of Orthopaedic Surgeons 78th annual meeting; San Francisco, CA, February 7-11, 2012.

33. **Fehringer EV**, Dilisio MF, Greco CE, Fleming SM, Brezenski JA, High RR.  Changing Body Movement Patterns in 9-Year Old Baseball Throwers:  A Pilot Study.  Published in the proceedings of the Mid-America Orthopaedic Association's 35th annual meeting in Amelia Island, FL, April 19-23, 2017.

34. Pinto MC, Hudson P, Ransom E, **Fehringer EV**, Brabston EW, Ponce BA.  Radiographic Comparison of Stemmed and Stemless Shoulder Arthroplasty. Published in the proceedings from the 2018 AOA's annual leadership meeting in Boston, MA; June 27-30, 2018.

35. Pinto MC, Ransom E, Archie T, Hudson P**, Fehringer EV,** Brabston EW, Ponce BA.  Radiographic Comparison of Stemmed and Stemless Shoulder Arthroplasty.  Published in the proceedings from Mid-America Orthopedic Association's 36th Annual Meeting in San Antonio, TX; April 18-22, 2018

36. Teusink MJ, Porter NE, Manzer M, McGill T, Lyden E, **Fehringer EV.**  10 year thin-cut CT follow-up of total shoulders with a partially cemented all polyethylene glenoid.  Published in the proceedings of the American Academy of Orthopaedic Surgeons' (AAOS) 85th annual meeting; Las Vegas, NV, March 12-16, 2019.

37. Matsen III, FA, et al. incl. **Fehringer EV.**  One and Two Year Clinical Outcomes for a Standard All-Polyethylene Glenoid Component with a Fluted Central Peg:  Analysis of 1270 Individual Patients from 11 Different Centers.  Published in the proceedings from the 2019 American Shoulder and Elbow Surgeons' Specialty Day (annual Open meeting); Lax Vegas, NV; March 16, 2019.

38. Teusink MJ, Porter NE, Manzer M, McGill T, Lyden E, **Fehringer EV.**  10 year thin-cut CT follow-up of total shoulders with a partially cemented all polyethylene glenoid.  Published in the proceedings of the Mid-America Orthopaedic Association's 37th annual meeting in Miramar Beach, FL; April 10-14, 2019.

**17.**     **GRANTS:**

1. *American Geriatric Society's Dennis W. Jahnigen Career Development Scholars Award 2004.*  Title of work: Full Thickness Rotator Cuff Tear Prevalence and Correlation with Shoulder Function in Patients 65 Years and Older.  Funding total of $200,000:  $100,000/year for two years from 7/1/04-6/30/06.  Principle Investigator.

2. *University of Nebraska Medical Center College of Medicine Faculty Educational Support Grant for Orthopaedic Surgery Educators Course* in Rosemont, IL.  Funding total of $3,500; awarded April 6, 2005.

3. *Synthes $5,000 grant* to assist with a biomechanical study of standard bicortical plate and screw construct fixation versus unicortical locking plate and screw fixation.  Investigator.

4. *University of Nebraska Medical Center Clinical Research Center Research Support Fund grant* entitled: "Computed Tomography and Functional Follow-up of Glenoid Anchor Peg Component Fixation Utilizing Autologous Bone Graft in Total Shoulder Arthroplasty." Funding total of $112,066.24.  Principle investigator; awarded April 24, 2008.

5. *Nebraska Research Initiative two-year grant for $100,000 each year.*  Project title:  Development of macromolecular analgesics for musculoskeletal pain.  Co-investigator.  Notified 7/16/12.  Principle investigator:  Dong Wang, Ph.D.

6. *National Institute of Arthritis and Musculoskeletal and Skin Diseases (NIAMS) RO1 award number R90AR062680.*  Project Title:  Early Detection and Intervention of Orthopedic Implant Loosening Using Polymer Theranostics.  5 year funding total of $1.4 million.  Grant number 1R01AR062680-01A1.  Co-investigator.  Principle investigator: Dong Wang, Ph.D. Notified 2/27/13.

**18.**     **PATENTS:**

1. Compositions and Methods for Detecting and Treating Implant Loosening and Osteolysis. Pub. No.: US 2012/0189543 A1. Pub Date July 26, 2012. Filed 9/9/10.  Inventors:  Dong Wang, Steven Goldring, Edward V. Fehringer.

2. Surgical technique and apparatus for proximal humeral fracture repair. Pub. No.:  US 20140243827 A1. Filed May 5, 2014.

27